**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Massachusetts**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Community Eco Power, LLC |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 83-3905513 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 500 Hubbard Avenue | P.O. Box 510 |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Pittsfield          MA    01201 | Amesbury          MA    01913 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Berkshire County | |
| County | Number    Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.ececopower.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Community Eco Power, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

5622

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

> ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

> ☐ A plan is being filed with this petition.

> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

> ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

> ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                              MM / DD / YYYY

District _____ When _____ Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor   Community Eco Springfield, LLC   Relationship   Affiliate

District   Massachusetts   When _____
                                              MM / DD / YYYY

Case number, if known _____

| Debtor | Community Eco Power, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____    _____    _____
City                                                      State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

| Debtor | Community Eco Power, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/22/2021
MM / DD / YYYY

✗ _Signature of authorized representative of debtor_

Richard Fish
Printed name

Title   President and Chief Executive Officer

**18. Signature of attorney**

_Signature of Attorney for Debtor_    Date: 6/25/2021

Adam Prescott
Bernstein Shur Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME  04101
(207) 774-1200
aprescott@bernsteinshur.com
Bar number: 684381   State: MA

Sam Anderson (Pro Hac Vice Application Forthcoming)
Bernstein Shur Sawyer & Nelson, P.A.
100 Middle Street
P.O. Box 9729
Portland, ME  04101
(207) 774-1200
sanderson@bernsteinshur.com

---

**Community Eco Power, LLC**

**Ch. 11 Voluntary Petition**

Petition Question # 10:  Prior or Pending Bankruptcies

Name:                      Community Eco Pittsfield, LLC
Place Filed:             US Bankruptcy Court for the District of Massachusetts
Date of Filing:
Relation to Debtor:    Affiliate

## UNANIMOUS WRITTEN CONSENT OF
## MEMBERS AND MANAGERS OF COMMUNITY ECO POWER, LLC

The undersigned, constituting all of the members (the "<u>Members</u>") and all of the managers (the "<u>Managers</u>") of Community Eco Power, LLC, a Delaware limited liability company (the "<u>Company</u>"), and in accordance with the Limited Liability Company Agreement of the Company dated on or about March 20, 2019 (as the same may have been or may be amended from time to time), and with all Members and Managers consenting to the actions being taken herein without a meeting, hereby consent to, approve, and adopt the following resolutions by unanimous written consent:

**WHEREAS:**   The Members and Managers have reviewed and considered the financial and operating condition of the Company and its affiliates, Community Eco Springfield, LLC, a New York limited liability company ("<u>CES</u>"), and Community Eco Pittsfield, LLC, a New York limited liability company ("<u>CEP</u>"), including the historical performance of the Company, CES, and CEP, their assets, their current and long-term liabilities, the market for their assets, credit market conditions, and macroeconomic conditions impacting the Company, CES, and CEP, and the Members and Managers being apprised of the efforts to reorganize the Company, CES, and CEP; and further

**WHEREAS:**   The Members and Managers have determined it desirable and in the best interests of the Company, CES, and CEP, and their respective creditors, and other interested parties, that petitions be filed by the Company, CES, and CEP seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and to pursue debtor in possession financing, potential sales of their assets, and/or potential reorganizations; and further

**RESOLVED:**   That in the judgment of the Members and Managers, it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and further,

**RESOLVED:**   That the Company be and hereby is authorized and empowered to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Massachusetts or any other appropriate bankruptcy court (the "<u>Bankruptcy Court</u>") at such time as the Company shall determine; and further,

**RESOLVED:**   That Richard Fish, the President and Chief Executive Officer of the Company ("<u>Fish</u>"), Kevin Bolin ("<u>Bolin</u>"), a Manager and consultant of the Company, David Beavens, the Chief Financial Officer of the Company ("<u>Beavens</u>"), and Cynthia Dixey, the Controller of the Company ("<u>Dixey</u>"

and, together with Fish, Bolin, and Beavens, the "Authorized Parties"), be and hereby are authorized on behalf of, and in the name of, the Company, acting together or individually, to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, debtor-in-possession loan documents, sale transaction documents, and other similar papers, to take any and all such other and further actions which the Company or its legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11, and to take and perform any and all further acts and deeds which they deem necessary, proper, and desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to borrow under a pre- or post-petition credit facility, to grant liens and other security therefor, seeking authority to sell all or substantially all of the Company's assets, retaining professionals in the Chapter 11 case, preparing and executing necessary documentation and reporting, and filing and prosecuting a plan of reorganization and/or liquidation; and further,

**RESOLVED:**   That the Authorized Parties, acting together or individually, be and are hereby authorized and directed to take such actions and to make, sign, execute, acknowledge, and deliver (and record in a relevant office of the county clerk, if necessary) any and all such documents listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof; and further,

**RESOLVED:**   That the Company be and hereby is authorized to retain the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN") as general bankruptcy counsel to the Company in connection with the Chapter 11 case (and to retain any additional specialized counsel as necessary) if the Company determines that the filing of a voluntary petition for relief is proper, and to pay BSSN (and other retained counsel) at its standard hourly rates in connection with its representation of the Company, and to provide BSSN (and other retained counsel) with a retainer in an amount to be agreed upon by BSSN (and other retained counsel) and the Company, and to reimburse BSSN (and other retained counsel) for any actual expenses incurred in connection with its employment by the Company; and further,

**RESOLVED:**   That in the judgment of the Company, and acting in its capacity as the sole member of Community Western Massachusetts LLC, a New York limited liability company ("CWM"), and with CWM being the sole member of CES, it is desirable and in the best interests of CWM, CES, their creditors, and other interested parties that a petition be filed by CES seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and further,

**RESOLVED:**     That in the judgment of the Company, and acting in its capacity as the sole member of CWM, and with CWM being the sole member of CEP, it is desirable and in the best interests of CWM, CEP, their creditors, and other interested parties that a petition be filed by CEP seeking relief under the provisions of Chapter 11 of the Bankruptcy Code; and further,

**RESOLVED:**     That it is desirable and in the best interests of CWM, CEP, CES, their creditors, and other interested parties that CWM adopt a form of resolution authorizing, among other things, CEP and CES to file Chapter 11 petitions substantially the same as the one attached hereto as **<u>Exhibit A</u>**.

[Signatures on following page]

**MANAGERS AND MEMBERS OF COMMUNITY ECO POWER, LLC:**

SGC ADVISORS, LLC

Date: June 14, 2021                By: _____
Name: Kevin Bolin, sole member of SCG Advisors, LLC
Title: Member

CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: _____                By: _____
Name: C. Thomas Paschall, sole member of
          Checkmate Strategic Capital 2, LLC
Title: Member

Date: 6/14/2021                By: _____
Name: Richard Fish
Title: Member and Manager

Date: **6-15-21**                By: _Linwood Bubar_____
Name: Linwood Bubar
Title: Member

Date: _____                By: _____
Name: Christopher Nelson
Title: Member

Date: _____                By: _____
Name: C. Thomas Paschall
Title: Manager

Date: June 14, 2021                By: _____
Name: Kevin Bolin
Title: Manager

**MANAGERS AND MEMBERS OF COMMUNITY ECO POWER, LLC:**

SGC ADVISORS, LLC

Date: _____          By: _____
                                 Name: Kevin Bolin, sole member of SCG Advisors, LLC
                                 Title: Member

CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: 6/21/2021                  By: _____
_____                Name: C. Thomas Paschall, sole member of
                                        Checkmate Strategic Capital 2, LLC
                                 Title: Member

Date: _____          By: _____
                                 Name: Richard Fish
                                 Title: Member and Manager

Date: _____          By: _____
                                 Name: Linwood Bubar
                                 Title: Member

Date: _____          By: _____
                                 Name: Christopher Nelson
                                 Title: Member

Date: 6/21/2021                  By: _____
_____                Name: C. Thomas Paschall
                                 Title: Manager

Date: _____          By: _____
                                 Name: Kevin Bolin
                                 Title: Manager

**MANAGERS AND MEMBERS OF COMMUNITY ECO POWER, LLC:**

SGC ADVISORS, LLC

Date: _____          By: _____
                                 Name: Kevin Bolin, sole member of SCG Advisors, LLC
                                 Title: Member

                                 CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: _____          By: _____
                                 Name: C. Thomas Paschall, sole member of
                                         Checkmate Strategic Capital 2, LLC
                                 Title: Member

Date: _____          By: _____
                                 Name: Richard Fish
                                 Title: Member and Manager

Date: _____          By: _____
                                 Name: Linwood Bubar
                                 Title: Member

Date: 6/22/2021                  By: _____
                                 Name: Christopher Nelson
                                 Title: Member

Date: _____          By: _____
                                 Name: C. Thomas Paschall
                                 Title: Manager

Date: _____          By: _____
                                 Name: Kevin Bolin
                                 Title: Manager

4

## UNANIMOUS WRITTEN CONSENT OF
## <u>SOLE MEMBER OF COMMUNITY WESTERN MASSACHUSETTS LLC</u>

The undersigned, constituting the sole member (the "<u>Member</u>") of Community Western Massachusetts LLC, a New York limited liability company (the "<u>Company</u>"), and in accordance with the Amended and Restated Limited Liability Company Operating Agreement of the Company dated on or about May 15, 2019 (as the same may have been or may be amended from time to time), and with the Member consenting to the actions being taken herein without a meeting, hereby consents to, approves, and adopts the following resolutions by unanimous written consent:

**WHEREAS:**   The Member has reviewed and considered the financial and operating condition of the Company and its affiliates, Community Eco Springfield, LLC, a New York limited liability company ("<u>CES</u>"), and Community Eco Pittsfield, LLC, a New York limited liability company ("<u>CEP</u>"), including the historical performance of the Company, CES, and CEP, their assets, their current and long-term liabilities, the market for their assets, credit market conditions, and macroeconomic conditions impacting the Company, CES, and CEP, and the Member being apprised of the efforts to reorganize CES and CEP; and further

**WHEREAS:**   The Member has determined it desirable and in the best interests of CES and CEP, and their respective creditors, and other interested parties that petitions be filed by CES and CEP seeking relief under the provisions of Chapter 11 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and to pursue debtor in possession financing, potential sales of their assets, and/or potential reorganizations; and further

**RESOLVED:**   That it is desirable and in the best interests of CES, its creditors, and other interested parties that CES adopt a resolution substantially the same as the one attached hereto as **<u>Exhibit A</u>**.

**RESOLVED:**   That it is desirable and in the best interests of CEP, its creditors, and other interested parties that CEP adopt a form of resolution substantially the same as the one attached hereto as **<u>Exhibit B</u>**.

[Signatures on following page]

**SOLE MEMBER:**                  **COMMUNITY ECO POWER, LLC**

SGC ADVISORS, LLC

Date: June 14, 2021             By: _____

Name: Kevin Bolin, sole member of SCG Advisors, LLC
Title: Member of Community Eco Power, LLC

CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: _____          By: _____
Name: C. Thomas Paschall, sole member of
        Checkmate Strategic Capital 2, LLC
Title: Member of Community Eco Power, LLC

Date: 6/14/2021                By: _____
Name: Richard Fish
Title: Member and Manager of Community Eco Power,
        LLC

Date: 6-15-21                  By: _Linwood Bubar_____
Name: Linwood Bubar
Title: Member of Community Eco Power, LLC

Date: _____          By: _____
Name: Christopher Nelson
Title: Member of Community Eco Power, LLC

Date: _____          By: _____
Name: C. Thomas Paschall
Title: Manager of Community Eco Power, LLC

Date: June 14, 2021             By: _____
Name: Kevin Bolin
Title: Manager of Community Eco Power, LLC

**SOLE MEMBER:**                   **COMMUNITY ECO POWER, LLC**

SGC ADVISORS, LLC

Date: _____        By: _____
                                  Name: Kevin Bolin, sole member of SCG Advisors, LLC
                                  Title: Member of Community Eco Power, LLC

CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: ___6/21/2021___        By: _____
                                  Name: C. Thomas Paschall, sole member of
                                        Checkmate Strategic Capital 2, LLC
                                  Title: Member of Community Eco Power, LLC

Date: _____        By: _____
                                  Name: Richard Fish
                                  Title: Member and Manager of Community Eco Power,
                                  LLC

Date: _____        By: _____
                                  Name: Linwood Bubar
                                  Title: Member of Community Eco Power, LLC

Date: _____        By: _____
                                  Name: Christopher Nelson
                                  Title: Member of Community Eco Power, LLC

Date: ___6/21/2021___        By: _____
                                  Name: C. Thomas Paschall
                                  Title: Manager of Community Eco Power, LLC

Date: _____        By: _____
                                  Name: Kevin Bolin
                                  Title: Manager of Community Eco Power, LLC

**SOLE MEMBER:**             **COMMUNITY ECO POWER, LLC**

                             SGC ADVISORS, LLC

Date: _____       By: _____
                             Name: Kevin Bolin, sole member of SCG Advisors, LLC
                             Title: Member of Community Eco Power, LLC

                             CHECKMATE STRATEGIC CAPITAL 2, LLC

Date: _____       By: _____
                             Name: C. Thomas Paschall, sole member of
                                     Checkmate Strategic Capital 2, LLC
                             Title: Member of Community Eco Power, LLC

Date: _____       By: _____
                             Name: Richard Fish
                             Title: Member and Manager of Community Eco Power,
                                     LLC

Date: _____       By: _____
                             Name: Linwood Bubar
                             Title: Member of Community Eco Power, LLC

Date: _6/22/2021_            By: _____
                             Name: Christopher Nelson
                             Title: Member of Community Eco Power, LLC

Date: _____       By: _____
                             Name: C. Thomas Paschall
                             Title: Manager of Community Eco Power, LLC

Date: _____       By: _____
                             Name: Kevin Bolin
                             Title: Manager of Community Eco Power, LLC

2

Fill in this information to identify the case:

Debtor name    **COMMUNITY ECO POWER, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF MASSACHUSETTS**

Case number (if known):    21-

☐ Check if this is an

amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders*
**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| SDI, Inc. 1414 Radcliffe St., Ste. 300 Bristol, PA 19007 | Emily R. Anderson, Esq. One Logan Square 130 North 18th Street Philadelphia, PA 19103 eanderson@blankrome.com | Deficiency Claim | | $5,395,000.00 | Unknown | $5,395,000.00** |
| Berkshire Bank 19 Harrison Avenue Springfield, MA 01103 | Matt Emprimo memprimo@berkshirebank.com 413.736.1812 | Paycheck Protection Program (subject to forgiveness application) | Contingent | | | $1,344,322.00 |
| All Construction Services, Inc. 41 Church Street P.O. Box 437 Gilbertville, MA 01031 | dcarroll@acsdigs.com (413) 668-5223 | Trade Debt | | | | $612,901.78 |
| Covanta 445 South Street Morristown, NJ  07960 | akarnai@covanta.com (862) 345-5000 | Trade Debt | | | | $571,656.73 |
| Town of Agawam 1000 Suttifeld Street Agawam, MA  01001 | tdemaio@agawam.ma.us (413) 821-0624 | Host Fee | | | | $214,709.90 |
| Graymont (QC) Inc. 25 De Lauzon Suite 206 Boucherville, Quebec Canada J4B1E7 | ydargis@graymont.com (514) 891-8200 | Trade Debt | | | | $172,465.13 |
| Department of Environmental Protection One Winter Street Boston, MA  02108 | (617) 292-5500 | Trade Debt / Enforcement | | | | $147,162.00 |

* This list constitutes a consolidated list of creditors among Community Eco Power, LLC, Community Eco Springfield, LLC, and Community Eco Pittsfield, LLC. The information herein shall not constitute an admission of liability by, nor is it binding on, any Debtor with respect to all or any portion of the claims contained herein. Moreover, nothing herein shall affect any Debtor's right to challenge the amount or characterization of any claim at a later date.

** SDI, Inc. ("SDI") has a second position lien on the Debtors' personal property.   Because the SDI liens are behind Alterna's liens, which secure a fluctuating debt amount with Alterna, and because the Debtors have not determined a value of personal property at this time (which such value also fluctuates daily), the amount of SDI's deficiency claim as of the Petition Date is unknown.   The Debtors reserve all rights regarding the extent, validity, and priority of any liens and regarding any property valuations or claim amounts.

Debtor   **COMMUNITY ECO POWER, LLC**                                   Case number (if known)    21-
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Evergreen North America Industrial Services 1240 Saratoga Road Ballston Spa, NY 12020 | heidi.parkes@enais.com | Trade Debt | | | | $141,788.75 |
| ChemTreat, Inc. 15045 Collections Center Drive Chicago, IL 60693 | jhatch@chemtreat.com (804) 935-2000 | Trade Debt | | | | $83,200.69 |
| City Of Pittsfield 70 Allen Street Pittsfield, MA 01201 | lrenzi@cityofpittsfield.com (413) 499-9330 | Water/Sewer | | | | $76,158.00 |
| Associated Electro-Mechanics Inc 185 Rowland Street Springfield, MA 01107 | rylebeau@aemservices.com (413) 781-4276 | Trade Debt | | | | $74,728.83 |
| BDI Inc 8000 Hub Parkway Cleveland, OH 44125 | kprice@bdiworldwide.com (216) 642-9100 | Trade Debt | | | | $69,266.33 |
| W.W. Grainger, Inc. Dept. 887472847 Palatine, IL 60038-0001 | customersupport@grainger.com (800) 472-4643 | Trade Debt | | | | $68,923.61 |
| Eversource Entergy Service Company P.O. Box 56006 Boston, MA 02205 | diane.trombetta@eversource.com | Trade Debt | | | | $55,278.00 |
| Sunbelt Rentals, Inc. P.O. Box 409211 Atlanta, GA 30384-9211 | jason.ogrady@sunbeltrentals.com (413) 302-2393 | Trade Debt | | | | $54,152.83 |
| Helfrich Brothers Boiler Works, Inc. 39 Merrimack Street Lawrence, MA 01843 | ar@hbbwinc.com (978) 683-7244 | Trade Debt | | | | $50,290.75 |
| TRC Environmental Corporation 21 Griffin Road North Windsor, CT 06096-1512 | pmcshane@trcompanies.com (860) 810-9707 | Trade Debt | | | | $46,525.00 |
| MPW Industrial Services, Inc. 1300 Paysphere Circle Chicago, IL 60674 | mfisk@mpwservices.com (518) 636-1105 | Trade Debt | | | | $39,773.17 |
| ENGIE Resources 1990 Post Oak Boulevard Suite 1900 Houston, TX 77056 | engiena-custserve@na.engie.com (888) 232-6206 | Trade Debt | | | | $30,664.11 |
| Eversource Energy Service Company P.O. Box 56005 Boston, MA 02205-6006 | (860) 665-2463 | Trade Debt | | | | $27,972.00 |
| ACV Enviro 6 Industrial Road Windsor Locks, CT 06096 | agodfrey@acvenviro.com (860) 719-1128 | Trade Debt | | | | $26,962.29 |

Debtor   **COMMUNITY ECO POWER, LLC**                                   Case number (if known)    21-
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cintas Corporation 481 Pleasant Street Lee, MA   01238 | meaneyr2@cintas.com (413) 243-1363 | Trade Debt | | | | $25,492.33 |
| Powerhouse Technology, Inc. 5605 State Route 96 P.O. Box 25340 Farmington, NY 14425 | mlemoyne@powerhousetech.com (585) 742-2350 | Trade Debt | | | | $23,698.83 |
| Town of West Springfield 26 Central Street West Springfield, MA | pcotton@tows.org | Water/Sewer | | | | $22,724.50 |
| NAES Northeast LLC 1240 Saratoga Road Ballston Spa, NY 12020 | betsy.walson@enais.com | Trade Debt | | | | $21,599.32 |
| Robert P. Fowler dba Hayden Marshall Equipment LLC P.O. Box 1063 Somers, CT 06071 | haydenmarshallequipment@yahoo.com (860) 558-0738 | Trade Debt | | | | $21,519.53 |
| Poisinello Fuels Inc. 241 Riverside Avenue P.O. Box 211 Rensselaer, NY   12144 | Bethp133@polsinello.com (518) 463-0084 ext 133 | Trade Debt | | | | $19,516.32 |
| JSSJR Enterprises Inc. 800 Cheshire Road Lanesborough, MA 01237 | bob4433@aol.com (413) 443-2708 | Trade Debt | | | | $18,000.00 |
| Lockton Companies 3657 Briarpark Drive Houston, TX 77042 | mash@lockton.com (713) 458.5297 | Trade Debt | | | | $15,198.70 |
| NRC East Environmental Services Inc. 89 Commerce Circle Durham, CT 16422 | Ryan.vescovi@usecology.com (203) 942-7414 | Trade Debt | | | | $15,083.84 |

**Fill in this information to identify the case and this filing:**

Debtor Name __Community Eco Power, LLC__

United States Bankruptcy Court for the: __District of Massachusetts__

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration __Consolidated Corporate Ownership Statement Pursuant to Federal Rules of Bankruptcy Procedure 1007 and 7007.1 and List of Equity Security Holders__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/24/2021__
    MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

__Richard Fish__
Printed name

__President and Chief Executive Officer__
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                                              Case No._____

Community Eco Power, LLC
_____ Chapter _____ 11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| SGC Advisors, LLC (Kevin Bolin, sole Member) 1081 Rosedale Drive, NE, Atlanta, GA 30306 | 40 | Other (Membership interest) |
| Richard Fish 34 Wordsworth Road, Black Mountain, NC 28711 | 20 | Other (Membership interest) |
| Linwood Bubar 612 Central Ave, Glendora, NJ 08029 | 10 | Other (Membership interest) |
| Christopher Nelson 1182 Canoe Point, Delray Beach, FL 33444 | 10 | Other (Membership interest) |
| Checkmate Strategic Capital 2, LLC (C. Thomas Paschall, sole Member) 595 E. Colorado Boulevard Suite 530, Pasadena, CA 91101 | 20 | Other (Membership interest) |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | Case No. 21-_____ |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007 AND 7007.1**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") respectfully represent that the following individuals and/or corporations directly or indirectly own 10% or more of any class of the respective Debtors' equity interests:

1.    **Community Eco Power, LLC**

    (a)    SCG Advisors, LLC (Kevin Bolin, sole member) owns 40% of the membership interests in Community Eco Power, LLC.

    (b)    Richard Fish owns 20% of the membership interests in Community Eco Power, LLC.

    (c)    Checkmate Strategic Capital 2, LLC (Thomas Paschall, sole member) owns 20% of the membership interests in Community Eco Power, LLC.

    (d)    Linwood Bubar owns 10% of the membership interests in Community Eco Power, LLC.

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. See 11 U.S.C. § 342(c)(1). The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363. See id. The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358. See id. The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

(e)    Christopher Nelson owns 10% of the membership interests in Community Eco Power, LLC.

**2.    <u>Community Eco Springfield, LLC</u>**

(a)    Community Western Massachusetts, LLC owns 100% of the membership interests in Community Eco Springfield, LLC.

**3.    <u>Community Eco Pittsfield, LLC</u>**

(a)    Community Western Massachusetts, LLC owns 100% of the membership interests in Community Eco Pittsfield, LLC.

Fill in this information to identify the case and this filing:

Debtor Name __Community Eco Power, LLC_____

United States Bankruptcy Court for the: __District of Massachusetts____

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☐ *Schedule H: Codebtors* (Official Form 206H)

- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

- ☐ Amended *Schedule* ____

- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the* 30 *Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __6/24/2021__         ✘ _____
                 MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                          __Richard Fish_____
                                          Printed name

                                          __President and Chief Executive Officer_____
                                          Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | Case No. 21- |
| Debtors. | (Joint Administration Requested) |

## <u>DECLARATION OF ELECTRONIC FILING</u>

**PART I-DECLARATION**

     I, Richard Fish, the President and Chief Executive Officer of the above-captioned debtors and debtors-in-possession, hereby declare (this "<u>Declaration</u>") under penalty of perjury that all of the information contained in the *Voluntary Petition for Non-Individuals Filing for Bankruptcy* (the "<u>Petition</u>") and related documents filed with the Petition, filed electronically, is true and correct. I understand that this Declaration is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Petition.  I understand that failure to file this Declaration may cause the Petition to be struck and any request contained or relying thereon to be denied, without further notice.

     I further understand that, pursuant to the Massachusetts Electronic Filing Local Rule (MEFR) 7(b), all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:  June 24, 2021

                            Richard Fish, President and CEO

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513.  <u>See</u> 11 U.S.C. § 342(c)(1).  The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363.  <u>See</u> <u>id.</u>  The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358.  <u>See</u> <u>id.</u>  The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

**PART II – DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)**

      I certify that the affiant signed this form before I submitted the Petition, I gave the affiant a copy of the Petition and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order. This Declaration is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Federal Rule of Bankruptcy Procedure 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated:  June 24, 2021

_____
Adam R. Prescott, Esq.
**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
aprescott@bernsteinshur.com

*Proposed Counsel to the Debtors and Debtors in Possession*

United States Bankruptcy Court

District of Massachusetts

In re:  Community Eco Power, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _6/25/2021_

_Adam Prescott_ / _____
Signature of Individual signing on behalf of debtor

_Counsel_____
Position or relationship to debtor

A&D Portable Rentals LLC
356 Monson Road
Stafford Springs, CT 06076


Able Tool & Equipment LLC
410 Burnham Street
South Windsor, CT 06074


Absolute Fire Protection, Inc.
87 Lowell Street
West Springfield, MA 01089


ACV Enviro
6 Industrial Road
Windsor Locks, CT 06096


ACV Enviro
PO Box 674985
Detroit, MI 48267-4985


Adam Lamirande
1771 NORTHAMPTON STREET
APT 2L
HOLYOKE, MA 01040


Adam Taylor
61 Dewey Avenue
Pittsfield, MA 01201


Adirondack Business Systems INC
10 Petra Lane
Albany, NY 12205-4402


Adirondack Business Systems INC
21146 Network Place
Chicago, IL 60673-1211


Advance Tire, Inc
1000 Rike Drive
Millstone Twp., NJ 08535

Advanced Tank Testing Services Inc
237A Greenfield Road
PO BOX 385
South Deerfield, MA 01373


Advanced Technology Services, Inc
2157 Payshere Circle
Chicago, IL 60693


Advanced Technology Services, Inc
8201 N University
Peoria, IL 61615


Advantage Maintenance Inc.
15 Lunar Drive
Woodbridge, CT 06525


AF Engineering, LLC.
82b Jackson Road
Savoy, MA 01256


AFCO Credit Corp.
14 Wall Street
8A-19
New York, NY 10005


AgentHR, Inc
P.O. Box 772154
Detroit, MI 48277-2154


AGS ? Suburban LLC DBA Atalian US New England
525 Washington Boulevard
25th Floor
Jersey City, NJ 07310


AGS ? Suburban LLC DBA Atalian US New England
PO Box 412861
Boston, MA 02241-2861


Air Compressor Engineering Co., Inc.

17 Meadow Street
PO Box 738
Westfield, MA 01086


Air Dimensions Inc
1371 West Newport Center Drive
Suite 101
Deerfield, FL 33442


Air Tox Environmental Company Inc
479 Tolland Turnpike
Willington, CT 06279


Airgas USA LLC
PO Box 734445
Chicago, IL 60673-4445


AJ Schnopp Jr Construction Inc
PO Box 257
Dalton, MA 01227


ALAN HAYFORD
11 CONGRESS STREET
PITTSFIELD, MA 01201


Albert Williams
58 Tatro Road
Charlemont, MA 01339


ALEXIS VEGA-CAMACHO
1042 THORNDIKE
PALMER, MA 01069


Alice Larkin
415 East Housatonic Street
Flr 1
Dalton, MA 01226


All Construction Services, Inc.
41 Church Street
PO Box 437

Gilbertville, MA 01031


All Steel Fabricating Inc
84 Creeper Hill Road
North Grafton, MA 01536


All Steel Fabricating Inc
P.O. Box 597
North Grafton, MA 01536


Alterna Capital Solutions
222 W Comstock Avenue
Suite 112
Winter Park, FL 32789


Alternative Generator Inc
10 Ryan Lane
Otis, MA 01253


AMCO Instrument Group, LLC
56 North Street
Bellingham, AL 02019


AMCS Group Inc.
119 S. Fifth Street
Oxford, PA 19363


AMCS Group Inc.
PO Box 360645
Pittsburgh, PA 15251-6645


American Safety & Supply, Inc.
77 B Napier Street
Springfield, MA 01104


AmWINS Brokerage of New England, LLC
308 Farmington Avenue
Farmington, CT 06032


Andrus Power Solutions Inc.

690 Pleasant Street
Lee, MA 01238


Anixter, Inc.
275 Wildwood Avenue
Woburn, MA 01801


Applied Dynamics Corporation
38 Butternut Street
Greenfield, MA 01301


Arbill Industries, Inc
10450 Drummond Road
Philadelphia, PA 19154


Arbill Industries, Inc
P.O. Box 820542
Philadelphia, PA 19182


Armkid Supplies Inc DBA Preventative Maintena
4 Dollar Avenue
Wilbraham, AL 01095


ARNALDO BARRETT PEREIRA
21 Highland Avenue
Apt 14
West Springfield, MA 01089


Arthur J. Gallagher Risk Management Services,
2850 Golf Road
Rolling Meadows, IL 60008


Arthur J. Gallagher Risk Management Services,
250 Park Avenue
5th floor
New York, NY 10177


Asphalt Paving & Maintenance Inc.
113 Bethany Road
PO Box 185
Monson, MA 01057

Associated Electro-Mechanics Inc
185 Rowland Street
Springfield, MA 01107


Associated Electro-Mechanics Inc
PO Box 2650
Springfield, MA 01101


Astro Chemicals, Inc
126 MEMORIAL DRIVE
SPRINGFIELD, MA 01104


AT&T Mobility II LLC
PO BOX 6463
Carol Stream, IL 60197-6463


ATC Group Services LLC
73 William Franks Drive
West Springfield, MA 01089


ATC Group Services LLC
Dept 2630
PO box 11407
Birmingham, AL 35246-2630


Atlantic Fasteners Co. LLC
PO Box 1068
Agawam, MA 01001


Atlantic Nuclear Corporation
100 Weymouth Street
Rockland, MA 02370


Atlas Copco USA Holdings, Inc dba Quincy Comp
701 North Dobson Avenue
Bay Minette, AL 36507-3199


Atlas Copco USA Holdings, Inc dba Quincy Comp
Dept 3427 LOCKBOX 893427

PO  BOX 123427
Dallas, TX 75312


Automation Direct
3505 Hutchinson Road
Cumming, GA 30040


Automation Direct
PO Box 402417
Atlanta, GA 30384-2417


Automation Products, Inc
3030 Maxroy Street
Houston, TX 77008


Ayer Sales, Inc
2 Industrial Park
Woburn, MA 01801


Babylon Recycling
PO Box 708
E Windsor, CT 06088


BankDirect Capital Finance
150 N. Field Drive
Suite 190
Lake Forest, IL 60045


BC Industrial Supply, Inc
3333 Lenox Avenue
Jacksonville, FL 32254


BDI Inc
8000 Hub Parkway
Cleveland, OH 44125


Berkshire Bank
25-B Main Street
Lenox, MA 01240

Berkshire Bank
Matt Emprimo/Ashley Clark
19 Harrison Avenue
Springfield, MA 01103


Berkshire Communicators, Inc.
551 Fenn Street
Pittsfield, MA 01201


Berkshire Communicators, Inc.
PO Box 299
Lee, MA 01238


Berkshire Eagle
75 South Church Street
Pittsfield, MA 01201


Berkshire Medical Center Inc
725 North Street
Pittsfield, MA 01201


Berkshire Medical Center Inc
PO BOX 3448
Pittsfield, MA 01201


Bernstein, Shur, Sawyer & Nelson P.A.
100 Middle Street
Portland, ME 04104


BETA Group, Inc.
701 George Washington Highway
Lincoln, RI 02865


Beveridge & Diamond, P.C.
Attn: Courtney Rickets
1350 I Street NW
Washington, DC 20005


Black Rock
BlackRock Liquidity Funds
PO Box 9889

Providence, RI 02940-8089


Braman Chemical Enterprise Inc. DBA Braman Te
P.O. Box 368
Agawam, MA 01001


Braman Chemical Enterprise Inc. DBA Braman Te
147 Almgren Drive
Agawam, MA 01001


Brian Dooley Consulting
615 Main Street
Unit 1835
Niagara Falls, NY 14302


BRIAN ROCHELO
915 HOLMES ROAD
PITTSFIELD, MA 01201


Brilliant Graphics LLC dba Qualprint
3 Federico Drive
Pittsfield, MA 01201


Brown and Caldwell
201 North Civic Drive
Walnut Creek, CA 94596


C&C Hydraulics Inc
116 Wolcott Road
Terryville, CT 06786


C. Thomas Paschall
595 E. Colorado Boulevard
Suite 530
Pasadena, CA 91101


Cabot Norit Americas, Inc
PO Box 734390
Chicago, IL 60673-4390

California Analytical Instruments Inc
1312 W. Grove Avenue
Orange, CA 92865


Capital One
P. O. Box 71083
Charlotte, NC 28272-1083


Caren Reed
6 Pease Street
Wilbraham, MA 01095


Carousel Industries of North America Inc
PO BOX 842084
Boston, MA 02284


Carousel Industries of North America Inc
659 SOUTH COUNTY TRAIL
EXETER, RI 02822


Carroll Consulting
66 Moody Bridge Road
Hadley, MA 01035


Casella of Holyoke Inc
PO Box 1372
Williston, VT 05495


Casella Waste Systems Inc
PO Box 369
Rutland, VT 05702


Cassandra Swift
24 University Place
Enfield, CT 06082


Center for EcoTechnology, Inc
112 Elm Street
Pittsfield, MA 01201

Charles Croney Jr.
712 White Street
Springfield, MA 01108


CHARLES WALBERT
101 Bay State Road
Pittsfield, MA 01201


ChemStation Connecticut LLC
1496 John Fitch Boulevard
South Windsor, CT 06074


ChemStation Connecticut LLC
PO Box 932929
Cleveland, OH 44193


ChemTreat, Inc
15045 Collections Center Drive
Chicago, IL 60693


Christopher Nelson
1182 Canoe Point
Delray Beach, FL 33444


Chubb Insurance
1133 Avenue of the Americas
New York, NY 10036


Cintas Corporation
481 Pleasant Street
Lee, MA 01238


CIT
21146  Network Place
Chicago, IL 60673-1211


City of Greenfield
189 Wells Street
Greenfield, MA 01301

City of Pittsfield
70 ALLEN STREET
Pittsfield, MA 01201


City of Pittsfield
PO BOX 981063
Boston, MA 02298-1063


City of Pittsfield - Public Utilities
70 Allen Street
Pittsfield, MA 01201


City of Pittsfield - Sealer of Weight and Mea
70 ALLEN STREET
Pittsfield, MA 01201


Clark HVAC Services, LLC
15 Barbara Lane
Feeding Hills, MA 01030


Classic Automation LLC
800 Salt Road
Webster, NY 14580


Climate Heating and Cooling, Inc
146 Hubbard Avenue
pittsfield, MA 01201


Colt Atlantic Services, Inc.
4135 Industry Way
Flowery Branch, GA 30542


Columbia Gas of Massachusetts
4 Technology Way
Westborough, MA 01581


Columbia Gas of Massachusetts
PO Box 70315
Philadelphia, PA 19176-0315

Comalli Group Inc.
7 Westview Road
Pittsfield, MA 01201


Comcast Holdings Corporation
One Comcast Center
32nd Floor
Philadelphia, PA 19101


Comcast Holdings Corporation
1701 JFK Boulevard
PO Box 37601
Philadelphia, PA 19101


Commercial Scale & Balance Co., Inc.
36 Russo Circle
PO Box 268
Agawam, MA 01001


Commonwealth of MA - Dept of Environmental Pr
One Winter Street
Boston, MA 02108


Commonwealth of MA - Dept of Environmental Pr
Master Lockbox 3982
Boston, MA 02241


Commonwealth of MA - Dept of Fire Services
PO Box 1025
1 State Road
Stow, MA 01775


Connecticut Components, Inc
60  Industrial Park Rd West
STE 2
Tolland, CT 06084-2838


Conner Welding Corp
2022 Main Street
Becket, MA 01223

Conrad Kacsik Instrument Systems  Inc
30925 Aurora Road
Solon, OH 44139


Constellation NewEnergy Gas Division, LLC
10 S. Dearborn Street
51st floor
Chicago, IL 60603


Constellation NewEnergy Gas Division, LLC
PO Box 5471
Carol Steam, IL 60197-5471


Cookson Enterprises LLC D/B/A Rubberedge
1545 Lakewood Road
Toms River, NJ 08755


Corrosion Products, Inc. DBA Corrosion Produc
110 Elmgrove Park
Rochester, NY 14624


Corvus Insurance Agency, LLC
33 Arch Street
Suite 3210
Boston, MA 02110


Costanzo's Welding Inc dba Cataract Steel Ind
PO Box 862
Niagara Falls, NY 14301


Costanzo's Welding Inc dba Cataract Steel Ind
149 22nd Street
Niagara Falls, NY 14303


Covanta
445 South Street
Morristown, NJ 07960


Crevier and Ryan, LLP
1500 Main Street
Springfield, MA 01115

Cynthia Dixey
18 Barbara Drive
Amesbury, MA 01913


Daiohs First Choice Services
900 River Street
Unit F
Windsor, CT 06095


Daniel Dade
49 Maynard Street
Springfield, MA 01109


Daniel Folger
10.5 Cherry Street
Westfield, MA 01085


Darrell  Hill
560 South Street
Pittsfield, MA 01201


David Beavens
5 Dearborn Brook Circle
Exeter, NH 03833


David D. Maloy Landscape Inc.
903 Dalton Avenue
Pittsfield, MA 01201


DAVID SWEET
3003 MAIN STREET
BECKET, MA 01223


David Vidal
1034 Massachusetts Ave
North Adams, MA 01247


Dennis K. Burke Inc.
555 Constitution Drive

Taunton, MA 02780


Dennis K. Burke Inc.
P.O. Box 3639
Boston, MA 02241


Department of Environmental Protection
One Winter Street
Boston, MA 02108


Dependable Hydraulic & Hydrostatic Service
2110 Foxon Road
North Branford, CT 06471


Derek Gallo
259 Skyline Trail
Chester, MA 01011


DEREK GALLO
259 SKYLINE TRAIL
CHESTER, MA 01011


Dial Solutions Group Ltd.
3040 7 St S.W.
Calgary, AB T2T 2X5


Digi-Key Corporation
PO Box 250
Thief River Falls, MN 56701


Digi-Key Corporation
701 Brooks Avenue South
Thief River Falls, MN 56701


Direct Energy Business Marketing, LLC
12 Greenway Plaza
Suite 250
Houston, TX 77046


Direct Energy Business Marketing, LLC

PO BOX 32179
New York, NY 10087


Donald Frappier dba Frappier Radio Service
160 Canterbury Way
West Springfield, MA 01089


Donald Hilton
12 Alger Street
Adams, MA 01220


Dynegy
601 Travis Street
Suite 1400
Houston, TX 77002


Eaton Brothers Corp.
3530 Lakeview Road
PO Box 60
Hamburg, NY 14075


ECO WASTE SOLUTIONS
5195 Harvester Road
Unit 14
Burlington, ON l7l 6e9


Eco-Genesis Corporation
180-I Elm Street #201
Pittsfield, MA 01201


Edward Dumas
24 Colrain Road
Topsfield, MA 01983


Edward S Porter
1118 Cooley Drive
Wilbraham, MA 01095


Electro-Chemical Devices, Inc
1500 N. Kellogg Drive
Anaheim, CA 92807

Eliza Navias-Bell
526 Taconic Trail
Petersburg, NY 12138


Elm Electrical, Inc
68 Union Street
Wesfield, MA 01085


Emily R. Anderson, Esq.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103


Emmons Metro LLC
453 N. Pearl Street
Albany, NY 12204


Energy Resources  Group
23 Commerce Park Way
Farmington, NH 03835


ENGIE RESOURCES
1990 POST OAK BLVD
SUITE 1900
HOUSTON, TX 77056


ENGIE RESOURCES
PO BOX 9001025
LOUISVILLE, KY 40290-1025


ESS GROUP, INC.
10 HEMINGWAY DRIVE
2 ND FLOOR
EAST PROVIDENCE, RI 02915


Evan Lagess
735 Upper Valley Road
Washington, MA 01223

Evergreen North America Industrial Services
1240 Saratoga Road
Ballston Spa, NY 12020


Eversource Energy Service Company
PO Box 56006
Boston, MA 02205-6006


Eversource Energy Service Company
PO Box 270
Hartford, CT 06141-0270


Eversource Energy Service Company
PO Box 56005
Boston, MA 02205-6006


EVERSOURCE GAS COMPANY OF MASSACHUSETTS
800 Boylston
Boston, MA 02199


EVERSOURCE GAS COMPANY OF MASSACHUSETTS
PO  BOX 55215
Boston, MA 02205-5215


Evoqua Water Technologies
4669 Shepherd Trail
Rockford, IL 60673


Evoqua Water Technologies
28563 Network Place
Chicago, IL 60673-1285


FAMILY FOOTWEAR CENTER
120 NORTHSIDE DRIVE
BENNINGTON, VT 05201


FAMILY FOOTWEAR CENTER
444 PITTSFIELD/LENOX Road
LENOX, MA 01240

Federal Technology
417 Springfield Street
Ste 134
agawam, MA 01001


First Citizens
Treasury Managment Services-FCC45
4300 Six Forks Road
Raleigh, CT 27609


Fisher Scientific
325 Bowles Road
Agawam, MA 01001


Fisher Scientific
PO Box 404705
Boston, MA 02241-3648


Flextech Industries Ltd.
948 East Nusbaum Place
Clinton, MO 64735


FLN-Mar Rubber & Plastics Inc.
PO Box 307
Holyoke, MA 01041


FLSMIDTH INC EVANS OPERATIONS
475 Clear Sky Drive
Augusta, GA 30909


FLSMIDTH INC EVANS OPERATIONS
DEPT 3556 PO BOX 123556
DALLAS, TX 75312-3556


Frasco Fuel Oil
2383 Westfield Street
West Springfield, MA 01089


Fred's  Northeast Mountain
107 Monadnock HIghway
N. Swanzey, NH 03431

Fred's  Northeast Mountain
459 Breckwood Blvd
Springfield, MA 01109


FTL Nimbus dba Automation Service
13871 Parks Steed Drive
Earth City, MO 63045


FW Webb Company
35 Commercial Street
Pittsfield, MA 01201


Galeton Inc
100 Foxborough Blvd
STE 240
Foxborough, MA 02035


Garrett Printing & Graphics Inc
331 Riverside Avenue
Bristol, CT 06010


Gasket, Seal + Packing Network Inc.
20 Sandy Pond Parkway
PO box 10598
Bedford, NH 03110-0598


Gems Sensors, Inc.
1 Cowles Road
Plainville, CT 06062


George Shetterly
535 N State Road
Cheshire, MA 01225


GFI Securities
110 E 59TH STREET
NEW YORK, NY 10022


GFI Securities

55 Water Street
New York, NY 10041


Glenn Wilson
30 Profile Street
Lanesboro, MA 01237


Glidden Resources Inc.
9 2nd Street
Mattapoisett, MA 02739


Global Equipment Company DBA Global Industria
2505 Mill Center Parkway
Buford, GA 30518-3700


Global Equipment Company DBA Global Industria
29833 Network Place
Chicago, IL 60673-1298


Global Montello Group Corp
800 South Street
Suite 500
Waltham, MA 02454


Goulet Trucking, Inc.
20 Industrial Drive West
P.O. Box 259
South Deerfield, MA 01373


GP Strategies Corporation
PO BOx 932816
Atlanta, GA 31193-2816


GP Strategies Corporation
11000 Broken Land Parkway
Columbia, MD 21044


Granite City Electric Supply Co.
19 Quincy Avenue
Quincy, MA 02169

Graybar Electric Company, Inc
12753 Collections Center Drive
Chicago, IL 60693-0124


Graymont (QC) Inc.
25 De Lauzon
Suite 206
Boucherville, QC J4B1E7


Grayson E Goarcke
315 Gargantua Avenue
Clawson, MI 48017


GreatAmerica Financial Services Corporation
PO Box 660831
Dallas, TX 75266-0831


Gregory Kobuskaitis
206 Treetop
Springfield, MA 01118


GuideOne Insurance
1111 Ashworth Road
West Des Moines, IA 50265


Harry Rivera
75 Wentworth Street
Springfield, MA 01104


Helfrich Brothers Boiler Works, Inc.
39 Merrimack Street
Lawrence, MA 01843


Henry M Hoffman
59 S. Westfield Street
Apartment 037
Feeding Hills, MA 01030


Heritage-Crystal Clean, Inc
2175 Point Blvd Suite 375

Eligin, IL 60123


Heritage-Crystal Clean, Inc
13621 Collections Center Drive
Chicago, IL 60693-0136


Hi-Line Utility Supply Co, LLC
Wesco Receivables Corp
P.O. Box 776059
Chicago, IL 60677-6059


Hill-Engineers, Architects, Planners Inc
50 Depot Street
Dalton, MA 01201


Hindon LLC
2055 Bee's Ferry Road
Charleston, SC 29414


Holiday Brook Farm
100 Holiday Cottage Road
Dalton, MA 01226


Holland Company, Inc.
153 Howland Avenue
Adams, MA 01220


HSB Specialty Insurance Company
1 State Street
Hartford, CT 06102


Hugh's Mechanical Equipment
304 Jobs Hill Road
Ellington, CT 06029


Indeed, Inc.
177 Broad Street
4th Floor
Stamford, CT 06901

Indeed, Inc.
Mail Code 5160
PO Box 660367
Dallas, TX 75266-0367


Industrial Accessories Company
PO Box 802291
Kansas City, MO 64180-2291


Industrial Accessories Company
4800 Lamar Avenue
Mission, KS 66208


Industrial Steel & Boiler Services, Inc.
939 Chicopee Street
Suite 2
Chicopee, MA 01013


Industrial Technical Services Inc
251 Union Street
Westfield, MA 01085


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


International Value & Instrument
PO Box 1053
11 Thompson Road
East Windsor, CT 06088


Interstate Refrigerant Recovery Inc.
PO Box 517
Foxboro, MA 02035


ITW Air Management
75 Remittance Drive
Suite 1061
Chicago, IL 60675-1061


Ivey Industries Inc

383 Rocus Street
Springfield, MA 01104


J&S Vending Inc
40 Haynes Hill Road
PO Box 251
Wales, MA 01081


J.C. Ehrlich
1125 Berkshire Boulevard
Suite 150
Reading, PA 19610


J.H. Maxymillian, Inc.
1801 East Street
Pittsfield, MA 01201


J.R. Sweeping Service, LLC
28 Moylan Lane
Agawam, MA 01001


Jack Cruikshank
1791 County Road
Great Barrington, MA 01230


James Rinaldi
1791 County Road
Great. Barrington, MA 02130


JC Industrial Services, Inc
6046 Central Avenue
Portage, IN 46368


Jeffrey Shaw
39 Fairhaven Drive
East Longmeadow, MA 01028


John Foley
26 Florentine Gardens
Springfield, MA 01108

John Lucas
475 SO. Quarter Road
Russell, MA 01071


John M. Foley
26 Florentine Gardens
Springfield, MA 01108


John Moriarty
41 Highland Lane
West Springfield, MA 01089


John's Trucking of Agawam, Inc.
415 Silver Street
Agawam, MA 01001


Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320


Johnson Controls Fire Protection LP
27 Inwood Road
Rocky Hill, CT 06067


JSSJR Enterprises Inc
800 Cheshire Road
Lanesborough, MA 01237


JUSTIN RANDALL
3003 MAIN ST.
BECKET, MA 01223


Karen Bannish
70 Sunnyside Road
Southwick, MA 01077


Kayla Karowski
62 Linden Lane
Hinsdale, MA 01235

KC Mechanical, LLC.
PO Box 392
Westfield, MA 01086


Kevin Bolin
1081 Rosedale Drive, NE
Atlanta, GA 30306


Kevin Key
24 Joseph Street
Springfield, MA 01119


Kevin M. Bolin
1081 Rosedale Drive, NE
Atlanta, GA 30306


Kevin O'Rourke
10 Wildwood Lane
Wilbraham, MA 01095


Kevin Rousseau
266 North Main Road
P.O. Box 246
Otis, MA 01253


Kimberly R Crawford
93 Grochmal Avenue
Lot 124
Indian Orchard, MA 01151


Kivort Steel, Inc
380 Hudson River Road
Waterford, NY 12188


KJ Electric
5894 E. Molloy Road
Syracuse, NY 13211


Laurent  R Cote
296 Rt 171

Apt 25
Woodstock, CT 06281


Law Offices of Keith A. Minoff
1350 Main Street
Suite 1003
Springfield, MA 01103


Lawrence Kowalczyk
801 Flinstone Road
Windsor, MA 01270


Lee Jodoin
195 Resevoir Road
Westhampton, MA 01027


LF Powers Co Inc.
PO Box 424
Waterbury, CT 06720


Linwood Bubar
612 Central Avenue
Glendora, NJ 08029


Lloyd's of London
280 Park Avenue
East Tower - 25th Floor
New York, NY 10017


Lockton
3657 Briarpark Drive
Houston, TX 77042


Logan Steel Inc
119 Empire Avenue
Meriden, CT 06450


Lubrication Technologies Inc
120 Bosworth Street
West Springfield, MA 01089

M.A. Selmon Company, Inc.
4 Oxford Road
Milford, CT 06460


MA Dept of Enviornmental Protection
436 Dwight Street
Springfield, MA 01103


MA Dept of Enviornmental Protection
One Winter Street
7th Floor
Boston, MA 02108


Madera Energy, Inc.
One Broadway
Cambridge, MA 02141


Manu-Tech Industries
17 Taconic Park Drive
Pittsfield, MA 01201


Mapfre Insurance
211 Main Street
Webster, MA 01570


Mapfre Insurance
11 Gore Road
Webster, MA 01570


MARIANO DROSS GONZALEZ
472 PORTER ROAD
SPRINGFIELD, MA 01128


MARK CHARRON
42 mechanic street
2nd Floor
Westfield, MA 01085


Mark Newsome dba DB Consulting
1450 East Street

Suite 6A
Pittsfield, MA 01201


Markel American Insurance Co.
4521 Highwoods Parkway
Glen Allen, VA 23068


Mass Crane & Hoist Services, Inc.04
500-1 Potash Hill Road
Tyngsboro, MA 01879


Massachusettes Department of Revenue
436 Dwight Street
STE 401
Springfield, MA 01103


Massachusetts D.A.R.E. Officers Association,
251 Exchange Street
Athol, MA 01331


Massachusetts Department of Transportation  D
PO Box 847840
Boston, MA 02284-7840


Massachusetts Department of Transportation  D
10 Park Plaza
Boston, MA 02116


Massachusetts Fire Technologies, Inc
49 Heywood Avenue
West Springfield, MA 01089


Massachusetts Fire Technologies, Inc
P.O. Box 8
West Springfield, MA 01090


Maxum Casualty Insurance Co.
3655 North Point Parkway
Suite 500
Alpharetta, GA 30005

McGill Steel Works
6 Pepin Avenue
East Hampton, MA 01027


McMaster-Carr Supply Company
PO Box 7690
Chicago, IL 60680-7690


Meehan, Boyle, Black & Bogdanow, P.C. - c/o P
Two Center Plaza
Suite 600
Boston, MA 02108


Metalfab Material Handling Systems, LLC
PO Box 9
Vernon, NJ 07462


Metlife Dental
200 Park Avenue
New York, NY 10166


Michael Culhane
147 Sunridge Drive
Springfield, MA 01118


MICHAEL GILBERT
34 THEROUX DRIVE
CHICOPEE, MA 01020


Michael Kubaska
1 Wilbraham Road
Monson, MA 01057


Michaelson Fluid Power Inc
9 Rocky Hill Road
Smithfield, RI 02917


Microsoft
One Microsoft Way
Redmond, WA 98052-6399

Microsoft
PO Box 842103
Dallas, TX 75284-2103


Miles Data Technologies, LLC
N7W22081 Johnson Drive
Waukesha, WI 53186


Mill Valley Splicing
10 Stadler Street
Belchertown, MA 01007


Mobile Mini, Inc.
PO Box 650882
Dallas, TX 75265-0882


MONICA MOJICA
37 FLINT STREET
SPRINGFIELD, MA 01129


Monitor Technologies LLC
44W320 Keslinger Road
Elburn, IL 60119


Moody, Famiglietti, & Andronico LLP
1 Highwood Drive
Tewksbury, MA 01876


Moran Environmental Recovery LLC
75 D York Avenue
Randolph, MA 02368


Moran Environmental Recovery LLC
P.O. Box 745745
Atlanta, GA 30374-5754


Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Morgan, Lewis & Bockius LLP
P.O. Box 79356
City of Industry, CA 91716


Motion Industries Inc.
PO Box 414444
Boston, MA 02241


Mountain View Landscapes & Lawncare, Inc.
67 Old James Street
Chicopee, MA 01020


MPW Industrial Services, Inc
1300 Paysphere Circle
Chicago, IL 60674


NAES Northeast LLC
1240 Saratoga Road
Ballston Spa, NY 12020


Nalco Water
1601 W Diehl
NAperville, IL 60563


Nalco Water
PO Box 70716
Chicago, IL 60673-0716


National Union Fire insurance Company of Pitt
175 Water Street
New York, NY 10038


Nationwide
1 West Nationwide Plaza 1-3-404
Columbus, OH 43215


Nationwide
10 West Nationwide Boulevard
Columbus, OH 43215

NE Maintenance Depot LLC
125 Frank B Murray Street
Springfield, MA 01103


New England Controls Inc DBA NECI
9 Oxford Road
Mansfield, MA 02048


New England Controls Inc DBA NECI
PO 446
Mansfield, MA 02048


New York Blower c/o Massflow Air
Department 20-1004
PO Box 5940
Carol Stream, IL 60197-5940


Next Grid Markets, LLC
One Broadway
14th Floor
Cambridge, MA 02142


Northeast Scale Co., Inc.
40 Londonderry Turnpike 2-E
Hookset, NH 03106


NRC East Environmental Services INC
PO Box 74007491
Chicago, IL 60674-7491


NRC East Environmental Services INC
89 Commerce Circle
Durham, CT 06422


Occu -Health
44 Wood Avenue
Mansfield, MA 02048


Occupational Health Centers of the Southwest

PO Box 20127
Cranston, RI 02920


Omega Engineering Inc
PO Box 4047
Stamford, CT 06907-0047


Omega Engineering Inc
26904 Network Place
Chicago, IL 60673-1269


OMNI Resource Management, INC
100 Messina Drive
Suite 109
Braintree, MA 02185


OMNI Resource Management, INC
PO BOX 850526
Braintree, MA 02185


Oracle America Inc
500 Oracle Parkway
Redwood City, CA 94065


Oracle America Inc
Bank of America Lockbox Services
15612 Collections Center Drive
Chicago, IL 60693


Overhead Door Company of Pioneer Valley
190 Moody Street
Ludlow, MA 01056


Parent Co DBA Occu-Health
200 N. Main Street
Suite 5
East Longmeadow, MA 01028


Paul Tinger
34 Main Street
New Lebanon, NY 12125

Pearse  Bertam, LLC
22 Tobey Road
Bloomfield, CT 06002


Pearse  Bertam, LLC
PO Box 1912
Brattleboro, VT 05302


Phoenix Environmental Laboratories, Inc.
PO Box 370
Manchester, CT 06045-0370


Phoenix Environmental Laboratories, Inc.
587 East Middle Turnpike
Manchester, CT 06035


Piping Specialties Inc
250  North Street
Danvers, MA 01923


Pittsfield Communications System Inc
1502 West Housatonic Street
Pittsfield, MA 01201


Pittsfield Welding Supply, Inc
1484 East Street
Pittsfield, MA 01201


Plattco Corporation
7 White Street
Plattsburgh, NY 12901


Polsinello Fuels Inc.
241 Riverside Avenue
PO Box 211
Rensselaer, NY 12144


Power Gen Associates, Inc
87 Bainbridge Road

West Hartford, CT 06119


Power Industry Maintenance LLC
3225 McLeod Drive
Suite 100
Las Vegas, NV 89121


Powerhouse Technology, Inc
5605 State Rt. 96
PO Box 25340
Farmington, NY 14425


Praxair Distribution Inc
Dept Ch 10660
Palatine, IL 60055


Prestige Services,Inc
4 Enterprise Avenue
Clifton Park, NY 12065


Primary Recruiting Services
2301 Maitland Center Parkway
Suite 100
Maitland, FL 32751


Princeton Excess and Surplus Lines Insurance
555 College Road East
Princeton, NJ 08543


Principal National Life Insurance Company
34119 W. 12 Mile Road #330
Farmington, MI 48331


Process Equipment dba Process Barron
2770 Welborn Street
Pelham, AL 35124


Professional Search
184 Brookfield Lane
Agawam, MA 01001

PVS Minibulk, Inc.
25216 Netunk Place
Chicago, IL 60673-1503


Q2Earth, Inc.
1081 Rosedale Drive, NE
Atlanta, GA 30306


QPC Cleaning Co.
PO Box 509
Agawam, MA 01001


Radwell International Inc
PO Box 419343
Boston, MA 02241-9343


Randy R. Camilleri dba New England Vibration
19 Kenneth Road
Easthampton, MA 01027


Raymond Ashe
32 Carol Ann Drive
Belchertown, MA 01007


ReEnergy Biomass Operations LLC
159 Wolf Road
Suite 301
Albany, NY 12205


Rexel USA Inc, dba Gexpro
P.O Box 417803
Boston, MA 02241


Richard Fish
34 WORDSWORTH ROAD
Black Mountain, NC 28711


Risk Specialsts Companies Insurance Agency, I
2929 Allen Parkway
Suite 1300

Houston, TX 77019


RK Griffith & Associates, LLC
100 Main Street
Suite 111
Whitinsville, MA 01588


Rob Suida
19470 Hardy Street
Livonia, MI 48152


Robert Horner, IT Consultant
41 Welcome Street
Great Barrington, MA 01230


Robert Karowski
62 LINDEN LANE
HINSDALE, MA 01235


Robert P. Fowler dba Hayden Marshall Equipmen
PO Box 1063
Somers, CT 06071


ROBERT RUDOLPH
12 Chapin Drive
Wilbraham, MA 01095


Roger and Nancy Mattison
39 Thomas Road
Fort Ann, NY 12827


Roger Rochelo
539 Crane Avenue
Pittsfield, MA 01201


Roger Therrien
1112 Mass Avenue
North Adams, MA 01247


Rosemount Inc

6021 Innovation Boulvard
Shakopee, MN 55379


Rosemount Inc
22737 Network Place
Chicago, IL 60673


RSM US LLP
331 W 3rd Street, Suite 200
Davenport, IA 52801


RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674


RYAN SLAYTON
1215 SUFFIELD ST
AGAWAM, MA 01001


Ryan Turner Specialty
1345 Avenue of the Americas
4th Floor
New York, NY 10105


Safety-Kleen Systems Inc
224 East Main Street
West Brookfield, MA 01585


Safety-Kleen Systems Inc
PO Box 975201
Dallas, TX 75397-5201


SAK Environmental, LLC
231 Sutton Street
Suite 2G
North Andover, MA 01845


Sanders Industrial Equipment Co. Inc dba Sand
26 Viall Avenue
Mechanicville, NY 12303

SDI, INC.
1414 Radcliffe Street
Suite 300
Bristol, PA 19007


Seneca Meadows, Inc.
1786 Salcman Road
Waterloo, NY 13165


SGC Advisors, LLC
1081 Rosedale Drive, NE
Atlanta, GA 30306


Sidney F Conklin
49 Cooper Street
West Springfield, MA 01089


Silver Leaf Enterprises, LLC
36 Danny Lane
Agawam, MA 01001


Skoler, Abbott & Presser, P.C.
One Monarch Place
Suite 2000
Springfield, MA 01144


SNI Companies
PO Box 840912
Dallas, TX 75284


Solid Waste Association  of North America
1100 Wayne Avenue
Silver Spring, MD 20910


Southern Environmental Services LLC
549 East Pass Road
Gulfport, MS 39507


Spectrum
PO Box 70872

Charlotte, NC 28272-0872


Spectrum
12405 Powerscourt Drive
St. Louis, MO 63131


Springfield Water and Sewer Commission
250 M. Street Extension
Agawam, MA 01001


Springfield Water and Sewer Commission
P.O. Box 995
Springfield, MA 01101


Stafford Tech, Inc
237 Hornbine Road
Rehoboth, MA 02769


Stilwell & Associates of the USA, Inc.
PO Box 2740
Chesapeake, VA 23327-2740


Storage & Transfer Technologies Inc
8485 Parkhill Drive
Milton, ON L9T5E9


STS Operating Inc. d/b/a The Hope Group
PO Box 412624
Boston, MA 02241-2624


Sullivan Process Controls, LLC
Dept 33
PO Box 4346
Houston, TX 77210


Sullivan Process Controls, LLC
450 Covington Road
Haughton, LA 71037


Summit Crane Company

19 Sparks Street
Plainville, CT 06062


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Talbot Premium Financing, LLC
3657 Briarpark Drive
Suite 700
Houston, TX 77042


TFS Energy Futures LLC
32 Old Slip ? 28th Floor
New York, NY 10005


The Babcock & Wilcox Company
PO Box 643966
Pittsburgh, PA 15264-3966


The Collins Companies Inc.
11 Thompson Road
PO Box 1053
East Windsor, CT 06088


The Spencer Turbine  Company
600 Day Hill Road
Windsor, CT 06095


The Spencer Turbine  Company
PO BOX 556
Souderton, PA 18964


Thermo Environmental Instruments LLC
27 Forge Parkway
Franklin, MA 02038


Thomas G. Griffin, Esq.
330 Whitney Ave.
Suite 400
Holyoke, MA 01040

Town of Agawam
1000 Suffield Street
Agawam, MA 01001


Town of East Longmeadow
60 Center Square
East Longmeadow, MA 01028


Town of Granby
10-B W State Street
Granby, MA 01033


Town of Longmeadow
31 Pondside Road
Longmeadow, MA 01106


Town of Ludlow
488 Chapin Street
Ludlow, MA 01056


Town of West Springfield
26 Central Street
West Springfield, MA 01089


Trask-Decrow Machinery
PO Box 6427
Scarborough, ME 04070-6427


TRC Environmental Corporation
21 Griffin Road North
Windsor, CT 06096-1512


TRC Environmental Corporation
PO Box 536282
Pittsburgh, PA 15253-5904


Trico Corporation
1235 HIckory Street
Pewaukee, WI 53066

Turnkey Control Solutions, Inc.
101-109 E Main Street
Endicott, NY 13760


Turnkey Control Solutions, Inc.
3140 Cornell Avenue
Vestal, NY 13850


Twisted Orchard Screen Printing
77 Main Street
Lee, MA 01238


Tyler Equipment Corporation
251 Shaker Road
PO Box 544
East Longmeadow, MA 01028


U S Department of Agriculture APHIS
1005 Convention Plaza
BOX 979043
ST. LOUIS, MO 63101


Uline Inc.
PO Box 77841
Chicago, IL 60680-7841


United Rentals (North America), Inc.
PO Box 100711
Atlanta, GA 30384-0711


United Site Services
PO box 660475
Dallas, TX 75266


United States Environmental Protection Agency
1200 Pennsylvania Ave N.W.
Washington, DC 20460


UnitedHealthcare Insurance Company

C/O Rogers Benefit Group
26877 Northwestern Highway, Ste120
Southfield, MI 48033


UnitedHealthcare Insurance Company
9900 Bren Rd E
Minnetonka, MN 55343


Upton & Hatfield, LLP
PO Box 1090
Concord, NH 03302-1090


USA WASTE & RECYCLING, INC.
15 MULLEN Road
Enfield, CT 06082


USA WASTE & RECYCLING, INC.
PO BOX 1000
EAST WINDSOR, CT 06088


Valley Roll-Off Dumpster Service
PO Box 388
95 Marble Street
Lee, MA 01238


Vantage Equipment LLC
5985 Court Street
Syracuse, NY 13206


Verizon Business Network Services Inc
One Verizon Way
Basking Ridge, NJ 07920


Verizon Business Network Services Inc
PO BOX 15043
Albany, NY 12212-5043


Verizon Communications Inc. - 15124
PO Box 15124
Albany, NY 12212-5124

Verizon Communications Inc. - 15124
1095 Avenue of the Americas
8th Floor
New York, NY 10036


Verizon Wireless
One Verizon Way
Basking Ridge, NJ 07920


Verizon Wireless
PO Box 15062
Albany, NY 12212-5062


VFS US LLC
PO Box 26131
Greensboro, NC 27402


VFS US LLC
PO Box 7247-0236
Philadelphia, PA 19170-0236


W.W. Grainger, Inc.
Dept. 887472847
Palatine, IL 60038-0001


Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104


Western Mass Environmental, LLC
93 Wayside Avenue
West Springfield, MA 01089


Workcare, Inc.
300 S. Harbor Boulevard
Anaheim, CA 92805


Xerox Corporation
P.O. Box 660501
Dallas, TX 75266-0501

Xerox Corporation
PO Box 660502
Dallas, TX 75266


Ys IT Consulting Ltd.
89 Simcoe Circle SW
Calgary, AB T3H 4S5


ZAMPELL REFRACTORIES, INC
3 STANLEY TUCKER DRIVE
NEWBURYPORT, MA 01950


ZAMPELL REFRACTORIES, INC
17 MALCOLM HOYT DRIVE
NEWBURYPORT, MA 01950


Zoro Tools, Inc.
PO Box 5233
Janesville, WI 53547-5233