# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | Case No. 21-30234 |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that, in above-captioned bankruptcy case, the undersigned attorney appears as counsel for Debtors, Community Eco Power, LLC, Community Eco Pittsfield, LLC and Community Eco Springfield, LLC (the above-captioned debtors, hereinafter, the "Debtors"). Pursuant to the United States Bankruptcy Code (the "Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the Debtors request that all notices given or required to be given in this case and all papers served in this case be given to and served upon:

> Kyle D. Smith, Esq.
> BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
> 100 Middle Street
> P. O. Box 9729
> Portland, ME  04104-5029
> kdsmith@bernsteinshur.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtors.

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513.  See 11 U.S.C. § 342(c)(1).  The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363.  See id.  The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358.  See id.  The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

Respectfully submitted,

**COMMUNITY ECO POWER, LLC**
**COMMUNITY ECO PITTSFILED, LLC**
**COMMUNITY ECO SPRINGFIELD, LLC**

By their proposed attorney:

Dated: June 30, 2021

*/s/ Kyle D. Smith*
Kyle D. Smith, Esq.
Bankruptcy Court Registration Number: **PHV** 009809**ME**
BERNSTEIN, SHUR, SAWYER & NELSON, P.A
100 Middle Street, P. O. Box 9729
Portland, Maine  04104-5029
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
kdsmith@bernsteinshur.com