**EXHIBIT**

**A**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | Case No. 21-30234 |
| Debtors. | (Jointly Administered) |

**DECLARATION OF D. SAM ANDERSON, ESQ. IN SUPPORT OF THE APPLICATION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE EMPLOYMENT OF BERNSTEIN, SHUR, SAWYER & NELSON, P.A. AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, D. Sam Anderson, declare (this "Declaration"), pursuant to § 1746 of title 28 of the United States Code, as follows:

1. I am a shareholder with the law firm of Bernstein, Shur, Sawyer & Nelson, P.A. ("BSSN"), which has its principal office located at 100 Middle Street, West Tower, Portland, ME 04101. BSSN's phone number is (207) 774-1200. My e-mail address is sanderson@bernsteinshur.com. I am admitted to practice law in: (i) the State of Maine; (ii) the State of New Jersey; and (iii) the Commonwealth of Pennsylvania. I also am admitted to practice in several Federal district and bankruptcy courts, including Maine and Vermont. I have been admitted pro hac vice in these cases.

2. I am authorized to make this Declaration on BSSN's behalf.

3. I submit this Declaration in the chapter 11 cases of Community Eco Power, LLC ("CE Power"), Community Eco Springfield, LLC ("CE Springfield"), and Community Eco

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. See 11 U.S.C. § 342(c)(1). The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363. See id. The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358. See id. The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

Pittsfield, LLC ("CE Pittsfield" and, together with CE Power and CE Springfield, the "Debtors"), pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules of this Court (the "Local Rules"), in support of the *Application of Debtors for an Order Authorizing the Employment of Bernstein, Shur, Sawyer & Nelson, P.A. As Counsel to the Debtors Effective as of the Petition Date* (the "Application").

**Disinterestedness of Professionals**

4. On or about December 2020, the Debtors retained BSSN to provide legal services related to various financial, operational, collections, and litigation matters. Since that time, BSSN has represented the Debtors with respect to pre-bankruptcy and bankruptcy-related services, including the possibility of, and preparation for, filing for protection under chapter 11 of the Bankruptcy Code.

5. Prior to the commencement of these chapter 11 cases, BSSN undertook a thorough review of its computerized database regarding client representations (the "Client Database") to determine whether it had any conflicts or other relationships with parties in interest in these cases, which review will continue throughout the pendency of these chapter 11 cases. BSSN submitted to the Client Database the names of the Debtors and significant parties in interest in the Debtors' cases listed on **Exhibit 1** attached hereto (all such parties, collectively, the "Searched Parties" and each, a "Searched Party").[2] Where an entity has a name similar to a Searched Party, or is possibly related to such party, those parties have also been searched.

6. In accordance with Local Rule 2014-1(a), I make the following mandatory disclosures:

[2] Due to the large number of Searched Parties and the voluminous results from the search of the Client Database, I have reviewed for conflicts based on the results dated on or after January 1, 2018. I believe this constitutes a reasonable cutoff for determining potential adverse interests under the circumstances.

a. Neither I nor any member of my firm holds or represents any interest adverse to the estates of the Debtors.

b. My and my firm's connections with the Debtors, any creditor of the Debtors, or other party in interest, or their respective attorneys and accountants (to the extent known), are as follows (with additional connections also disclosed below):

- **Members, Directors, and Officers**: BSSN currently represents the following individuals, who are directors and/or officers of the Debtors, in matters wholly unrelated to the Debtors and the chapter 11 cases: David Beavens.

- **Secured Creditors**: None.

- **Unsecured Creditors**: BSSN has represented the following entities (or one or more of their affiliates), which are unsecured creditors of the Debtors, in matters wholly unrelated to the Debtors and the chapter 11 cases: Atlas Copco USA Holdings, Inc. (d/b/a Quincy Compressors); Berkshire Communicators, Inc.; Next Grid Markets, LLC; United Rentals; Upton & Hatfield, LLP; and Wells Fargo Bank. BSSN currently represents the following entities (or one or more of their affiliates), which are unsecured creditors of the Debtors, in matters wholly unrelated to the Debtors and the chapter 11 cases: Eversource Energy (an affiliate of Eversource Energy Service Company and Eversource Gas Company of Massachusetts); Morgan, Lewis & Bockius LLP; NAES Corporation (an affiliate of NAES Northeast); Nationwide; and ReEnergy Biomass Operations LLC

- **Banking Institutions**: None.

- **Contract Counterparties**: BSSN currently represents the following entities, which may be contract counterparties of the Debtors, in matters wholly unrelated to the Debtors or the chapter 11 cases: ReEnergy Biomass Operations LLC.

- **Insurance Providers**: BSSN currently represents the following entities (or one or more of their affiliates), which are insurance providers of the Debtors, in matters wholly unrelated to the Debtors or the chapter 11 cases: Nationwide.

- **Taxing Authorities**: None.
- **Regulatory Authorities**: None.
- **Employees**: None.
- **Litigation Parties**: None.
- **Utilities**: BSSN currently represents the following entities (or one or more of their affiliates), which are utilities of the Debtors, in matters wholly unrelated to the Debtors and the chapter 11 cases: Eversource Energy (an affiliate of Eversource Energy Service Company and Eversource Gas Company of Massachusetts).

c. I am and each member of my firm is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

d. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in these cases.

e. I am holding a retainer in these cases in the amount of **$28,602.50**, which sum, upon information and belief, was generated by the Debtors from the Debtors' operating income or available credit.[3]

f. I shall amend this Declaration immediately upon my learning that: (A) any of the within representations are incorrect; or (B) there is any change of circumstance relating thereto.

g. I have reviewed the provisions of Local Rule 2016-1.

7. To the best of my knowledge, and except as otherwise set forth herein, the partners, counsel, and associates of BSSN: (a) are "disinterested persons" as that term is defined in § 101(14) of the Bankruptcy Code; (b) do not hold or represent any interest adverse to the Debtors' respective estates; and (c) do not have any connection with any of the Debtors, their

[3] In addition to operating income collected from receivables, I understand that the Debtors' operating account also includes funds advanced pursuant to an agreement with Alterna Capital Solutions LLC, which such funds are also used to pay operating and other expenses. See Local Rule 2014(a)(4).

affiliates, their creditors, or any other party in interest, or their respective attorneys, the United States Trustee for the District of Massachusetts or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of Massachusetts.

8. BSSN has represented in the past, currently represents, and in the future likely will represent, certain creditors of the Debtors and other parties in interest appearing in these chapter 11 cases in matters unrelated to the Debtors, the chapter 11 cases, or such entities' claims against or interests in the Debtors. Those representations on unrelated matters are disclosed above.

9. None of the above-mentioned current or former clients of BSSN or their affiliates generated fees for BSSN in the twelve months prior to the Petition Date that were greater than 1% of BSSN's total revenue for that period.

10. The information listed on **Exhibit 1** may be updated or may change during the cases. I will supplement this Declaration as necessary promptly after I become aware of additional information.

11. With respect to the parties on **Exhibit 1**, BSSN has not, does not, and will not represent such parties in any matters relating to the cases or the Debtors. Moreover, BSSN does not and will not represent any interest adverse to the Debtors or their estates.

12. In addition to searching its Client Database, BSSN also solicited information by an email to all attorneys in the firm to identify any additional connections or relationships to the parties on **Exhibit 1** and has determined that, except as otherwise set forth herein:

a. Neither BSSN, nor any attorney at BSSN, holds or represents an interest adverse to the Debtors' estates.

b. Neither BSSN, nor any attorney at BSSN, is or was a creditor or an insider of the Debtors, except that BSSN previously has rendered legal services to the Debtors for which it has been compensated as disclosed herein.

c. I have not agreed to share with any person (except members of my firm) the compensation to be paid for the services rendered in these cases.

d. Neither BSSN, nor any attorney at BSSN, is or was, within two years before the Petition Date, a director, officer, or employee of the Debtors.

e. BSSN does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors specified in the foregoing paragraphs, or for any other reason.

f. BSSN discloses the following additional known connections identified by its attorneys in the email search:

i. Certain attorneys at BSSN have personal and professional relationships with one or more attorneys at Morgan, Lewis & Bockius LLP.

13. On behalf of BSSN, I acknowledge the continuing duty to exercise due diligence, and to monitor the reported revenue from those current and former clients disclosed above that may be creditors of the Debtors, and to notify this Court if any of the above information changes.

14. With respect to the parties on the list of current or former clients discussed above, BSSN does not, has not, and will not represent any such parties in any matters relating to the cases.

**Services To Be Rendered**

15. BSSN will provide general bankruptcy services to the Debtors as needed throughout the cases. In particular, I anticipate that BSSN will provide some or all of the following services to the Debtors:

(a) Advising the Debtors with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules, Local Rules, and the Office of the United States Trustee, as they pertain to the Debtors;

(b) Advising the Debtors with regard to certain rights and remedies of the bankruptcy estates and rights, claims, and interests of creditors and

bringing such claims as the Debtors, in their business judgment, decide to pursue;

(c) Representing the Debtors in any proceeding or hearing in the Bankruptcy Court involving the Debtors;

(d) Conducting examinations of witnesses, claimants, or adverse parties, and representing the Debtors in any adversary proceeding (except to the extent that any such adversary proceeding is in an area outside of BSSN's expertise);

(e) Reviewing and analyzing various claims of the Debtors' creditors and treatment of such claims and preparing, filing, or prosecuting any objections thereto or initiating appropriate proceedings regarding leases or contracts to be rejected or assumed;

(f) Preparing and assisting the Debtors with the preparation of reports, applications, pleadings, motions, and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statements of financial affairs, cash collateral motion papers, and motions with respect to the Debtors' use of estate property (to the extent necessary);

(g) Assisting the Debtors in the analysis, formulation, negotiation, and preparation of all necessary documentation relating to the sale of the Debtors' assets, as appropriate;

(h) Assisting the Debtors in the negotiation, formulation, preparation, and confirmation of plans of reorganization and the preparation and approval of disclosure statements in connection with the plans of reorganization; and

(i) Performing any other services that may be appropriate in BSSN's representation of the Debtors as general bankruptcy counsel in the cases.

**<u>Professional Compensation</u>**

16. BSSN represented the Debtors before the Petition Date and was paid for pre-petition legal services as set forth herein.[4] BSSN invoiced the Debtors and received payments from the Debtors in the one year before the Petition Date as follows:

[4] Prior to the Petition Date, BSSN maintained a single invoice for the services that BSSN provided to the Debtors.

| Invoice No. | Invoice Date | Invoice Amount | Payment Date | Paid Amount |
|---|---|---|---|---|
| 3652885 | 1/12/2021 | $1,434.00 | 1/14/2021 | $1,434.00[5] |
| 3654834 | 2/4/2021 | $3,238.00 | 2/5/2021 | $3,238.00 |
| 3657965 | 3/11/2021 | $5,936.74 | 3/17/2021<br>4/30/2021 | $328.00<br>$5,608.74 |
| 3662065 | 4/7/2021 | $3,890.00 | 5/14/2021 | $3,889.00 |
| 3664367 | 5/4/2021 | $1,857.00 | 5/28/2021 | $1,857.00 |
| 3668097 | 6/7/2021 | $5,967.00 | 6/18/2021 | $5,967.00 |
| 3670567 | 6/25/2021 | $41,397.50 | 6/25/2021[6] | $41,397.50 |

17. BSSN does not currently hold a claim against the Debtors for services provided prior to the Petition Date.[7]

18. As of the Petition Date, BSSN holds a general retainer from the Debtors in the amount of **$28,602.50**. The retainer was paid to BSSN from the Debtors' general operating bank account. BSSN will continue to hold the retainer in its firm escrow account, and BSSN will not apply the retainer to fees and expenses incurred in the cases unless and until specifically approved by an Order of this Court.

19. BSSN intends to apply to this Court for compensation for professional services rendered and reimbursement of expenses incurred in connection with their bankruptcy cases in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines for Reviewing Applications for Compensation and

---

[5] Prior to the Petition Date, only CE Power maintained an operating bank account, and all payments to BSSN were made from that account.

[6] BSSN received a payment from the Debtors in the amount of **$70,000.00** on June 24, 2021. A portion of that payment prepaid Invoice 3670567 and was applied on June 25, 2021, with the remaining amount being held as a retainer by BSSN as of the Petition Date.

[7] To the extent services were provided by BSSN on the Petition Date, BSSN intends to include its request for such fees and expenses related to the bankruptcy filings as part of its compensation in the cases, subject to approval by this Court.

Reimbursement of Expenses Filed Under 11 U.S.C. § 330, and any applicable orders of this Court.

20. BSSN understands the provisions of §§ 327, 330, and 331 of the Bankruptcy Code and that these provisions require, among other things, approval by this Court of BSSN's employment as bankruptcy counsel and of all legal fees and reimbursement of expenses that BSSN will receive from the Debtors.

21. The Debtors have agreed, subject to this Court's approval, to pay BSSN at its customary hourly rates for representation of debtors in reorganization cases. These hourly rates are subject to change from time to time in accordance with BSSN's established billing practices and procedures. I submit that such rates are reasonable and should be approved by this Court, subject to a determination of any amounts actually to be paid to BSSN upon the filing of any application for compensation. BSSN has and will utilize detailed time-keeping and billing software to generate detailed records of time spent and any actual and necessary expenses incurred with the rendition of legal services. Non-working travel time will be billed at 50% of the respective timekeeper's hourly rate.

22. BSSN anticipates that the following attorneys and paraprofessionals will render services to the Debtors or for the benefit of the Debtors in conjunction with the cases:

| **Professional** | **Position** | **Hourly Rate** |
|---|---|---|
| D. Sam Anderson | Attorney (Shareholder) | $430.00 |
| Adam R. Prescott | Attorney (Shareholder) | $320.00 |
| Letson Douglass Boots | Attorney (Associate) | $260.00 |
| Kyle D. Smith | Attorney (Associate) | $250.00 |
| Angela Stewart | Paraprofessional | $225.00 |
| Karla Quirk | Paraprofessional | $210.00 |

23. From time to time, other attorneys and paraprofessionals at BSSN not listed above may provide services to the Debtors at their standard hourly rates. BSSN's rates for shareholder

attorneys generally range from $320-$600/hour, and associate attorney rates ranges from $200-$300/hour.

24. A brief biography of each of the attorneys and paraprofessionals with BSSN who are expected to work on the cases is attached hereto as **Exhibit 2**.

25. The Debtors, subject to this Court's approval, also propose to reimburse BSSN for its actual and necessary expenses incurred in representing the Debtors. It is BSSN's policy in all areas of practice to charge its clients for all other expenses incurred in connection with a client's case. BSSN, however, does not charge clients for routine copying charges, legal research within BSSN's subscription to such research platforms, and other overhead items. The expenses that BSSN charges to clients include, among other things, photocopying for extraordinary copy projects only, witness fees, travel expenses, certain secretarial and other overtime expenses, filing and recording fees, postage, express mail and messenger charges, and certain extraordinary computerized legal research charges that fall outside BSSN's standard research subscriptions. BSSN will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to its other clients and consistent with its standard practices.

26. BSSN will provide billing statements on a regular basis to the Debtors that will set forth the amount of fees incurred and expenses advanced by BSSN during each month.

27. If retained, BSSN will continue to exercise due diligence and monitor potential conflicts, and the Debtors will notify this Court if the information in the Anderson Declaration requires updating.

**This Court Should Make BSSN's Retention Effective As Of The Petition Date**

28. Because the Application was filed within fourteen (14) days of the Petition Date and BSSN has been providing services to the Debtors since the Petition Date, BSSN requests that this Court make the retention of BSSN effective as of the Petition Date.

29. However, to the extent additional cause is needed, I submit that employment of BSSN effective as of the Petition Date is warranted under the circumstances of these chapter 11 cases so that BSSN may be compensated for its services prior to the filing of this Application, to the extent applicable. Further, I submit that no party in interest will be prejudiced by the granting of the retroactive employment because BSSN has provided, and will continue to provide, valuable services to the Debtors in the interim period.

**Request to Maintain a Single Invoice for all Debtors**

30. Given, among other things, the interconnected operations of the Debtors, the anticipated similar trajectory and issues that will arise in their chapter 11 cases, and the joint administration of the cases, I request that this Court authorize BSSN to maintain a single invoice for all three Debtors during the cases. Maintaining separate billing matters and generating separate invoices for each Debtor will be impracticable given that most of the services rendered by BSSN will benefit all Debtors simultaneously, and such joint services cannot be fairly assigned to a particular Debtor. Relatedly, I also request that BSSN be authorized to submit a single fee application for the Debtors, in light of the foregoing, unless and until otherwise ordered by this Court during the cases.

31. I acknowledge and agree that all parties reserve their rights regarding the proper allocation for payment of allowed fees and expenses among the Debtors, and nothing in the Application seeks a predetermination on that issue, which is preserved for a later date.

Dated: July 9, 2021

*<u>/s/ D. Sam Anderson</u>*

D. Sam Anderson (PHV# 099809ME)
BERNSTEIN SHUR
100 Middle Street
P.O. Box 9729
Portland, Maine 04104-5029
(207) 228-7178
sanderson@bernsteinshur.com

# EXHIBIT 1

## SEARCHED PARTIES

### Debtors and Affiliated Entities

Community Eco Pittsfield, LLC
Community Eco Power, LLC
Community Eco Springfield, LLC
Community Western Massachusetts, LLC

### Members, Directors, and Officers

David Beavens
Kevin Bolin
Linwood Bubar
Checkmate Strategic Capital 2, LLC
Richard Fish
Christopher Nelson
C. Thomas Paschall
SGC Advisors, LLC

### Secured Creditors

Alterna Capital Solutions LLC
Emily R. Anderson, Esq.
SDI, Inc.

### Unsecured Creditors

A&D Portable Rentals LLC
Able Tool & Equipment LLC
Absolute Fire Protection, Inc.
ACV Enviro
Adirondack Business Systems INC.
Advance Tire, Inc.
Advanced Tank Testing Services Inc.
Advanced Technology Services, Inc.
Advantage Maintenance Inc.
AF Engineering, LLC.
AgentHR, Inc.
AGS – Suburban LLC (d/b/a Atalian US New England LLC)
Air Compressor Engineering Co., Inc.
Air Dimensions Inc.
Air Tox Environmental Company Inc.
Airgas USA LLC
AJ Schnopp Jr Construction Inc.
Alice Larkin
All Construction Services, Inc.
All Steel Fabricating Inc.
Alternative Generator Inc.
AMCO Instrument Group, LLC
AMCS Group Inc.
American Safety & Supply, Inc.
Andrus Power Solutions Inc.
Anixter, Inc.
Applied Dynamics Corporation

Arbill Industries, Inc.
Armkid Supplies Inc. (d/b/a Preventative Maintenance Specialties)
Arthur J. Gallagher Risk Management Services, Inc.
Asphalt Paving & Maintenance Inc.
Associated Electro-Mechanics Inc.
Astro Chemicals, Inc.
AT&T Mobility II LLC
ATC Group Services LLC
Atlantic Fasteners Co. LLC
Atlantic Nuclear Corporation
Atlas Copco USA Holdings, Inc. (d/b/a Quincy Compressors)
Automation Direct
Automation Products, Inc.
Ayer Sales, Inc.
Babylon Recycling
BankDirect Capital Finance
BC Industrial Supply, Inc.
BDI Inc.
Berkshire Bank
Berkshire Communicators, Inc.
Berkshire Eagle
Berkshire Medical Center Inc.
Bernstein, Shur, Sawyer & Nelson P.A.
BETA Group, Inc.
Beveridge & Diamond, P.C.
Braman Chemical Enterprise Inc. (d/b/a Braman Termite & Pest Elimination)
Brian Dooley Consulting
Brilliant Graphics LLC dba Qualprint
Brown and Caldwell
C&C Hydraulics Inc.
Cabot Norit Americas, Inc.
California Analytical Instruments Inc.
Capital One
Carousel Industries of North America Inc.
Carroll Consulting
Casella of Holyoke Inc.
Casella Waste Systems Inc.
Center for EcoTechnology, Inc.
Charles Croney Jr.
ChemStation Connecticut LLC
ChemTreat, Inc.
Christopher Nelson
Cintas Corporation
CIT
City of Greenfield
City of Pittsfield
City of Pittsfield - Public Utilities
City of Pittsfield - Sealer of Weight and Measures
Clark HVAC Services, LLC
Classic Automation LLC
Climate Heating and Cooling, Inc.
Colt Atlantic Services, Inc.
Columbia Gas of Massachusetts
Comalli Group Inc.
Comcast Holdings Corporation
Commercial Scale & Balance Co., Inc.
Commonwealth of MA - Dept of Environmental Protection
Commonwealth of MA - Dept of Fire Services
Connecticut Components, Inc.
Conner Welding Corp
Conrad Kacsik Instrument Systems Inc.
Constellation NewEnergy Gas Division, LLC
Cookson Enterprises LLC D/B/A Rubberedge
Corrosion Products, Inc. (d/b/a Corrosion Products & Equipment)
Costanzo's Welding Inc. dba Cataract Steel Industries
Covanta
Crevier and Ryan, LLP
Cynthia Dixey
Daiohs First Choice Services
Darrell Hill
David Beavens
David D. Maloy Landscape Inc.
Dennis K. Burke Inc.
Department of Environmental Protection

Dependable Hydraulic & Hydrostatic Service
Derek Gallo
Dial Solutions Group Ltd.
Digi-Key Corporation
Direct Energy Business Marketing, LLC
Donald Frappier (d/b/a Frappier Radio Service)
Dynegy
Eaton Brothers Corp.
Eco Waste Solutions
Eco-Genesis Corporation
Edward Dumas
Edward S Porter
Electro-Chemical Devices, Inc.
Elm Electrical, Inc.
Emmons Metro LLC
Energy Resources Group
Engie Resources
ESS Group, Inc.
Evan Lagess
Evergreen North America Industrial Services
Eversource Energy Service Company
Eversource Gas Company of Massachusetts
Evoqua Water Technologies
Family Footwear Center
Federal Technology
Fisher Scientific
Flextech Industries Ltd.
FLN-Mar Rubber & Plastics Inc.
FLSmidth Inc. Evans Operations
Frasco Fuel Oil
Fred's Northeast Mountain
FTL Nimbus LLC (d/b/a Automation Service)
FW Webb Company
Galeton Inc.
Garrett Printing & Graphics Inc.
Gasket, Seal + Packing Network Inc.
Gems Sensors, Inc.
GFI Securities
Glenn Wilson
Glidden Resources Inc.
Global Equipment Company (d/b/a Global Industrial)
Global Montello Group Corp.
Goulet Trucking, Inc.
GP Strategies Corporation
Granite City Electric Supply Co.
Graybar Electric Company, Inc.
Graymont (QC) Inc.
Grayson E Goarcke
GreatAmerica Financial Services Corporation
Helfrich Brothers Boiler Works, Inc.
Henry M Hoffman
Heritage-Crystal Clean, Inc.
Hi-Line Utility Supply Co, LLC
Hill-Engineers, Architects, Planners Inc.
Hindon LLC
Holiday Brook Farm
Holland Company, Inc.
Hugh's Mechanical Equipment
Indeed, Inc.
Industrial Accessories Company
Industrial Steel & Boiler Services, Inc.
Industrial Technical Services Inc.
International Value & Instrument
Interstate Refrigerant Recovery Inc.
ITW Air Management
Ivey Industries Inc.
J&S Vending Inc.
J.C. Ehrlich
J.H. Maxymillian, Inc.
J.R. Sweeping Service, LLC
JC Industrial Services, Inc.
John M. Foley
John Moriarty
John's Trucking of Agawam, Inc.
Johnson Controls Fire Protection LP
JSSJR Enterprises Inc.
Karen Bannish
KC Mechanical, LLC
Kevin M. Bolin
Kevin Rousseau

Kimberly R Crawford
Kivort Steel, Inc.
KJ Electric
Laurent R Cote
Law Offices of Keith A. Minoff
Madera Energy, Inc.
Manu-Tech Industries
Mapfre Insurance
Mark Newsome (d/b/a DB Consulting)
Mass Crane & Hoist Services, Inc.
Massachusetts D.A.R.E. Officers Association, Inc.
Massachusetts Department of Transportation (d/b/a E-ZPass MA)
Massachusetts Fire Technologies, Inc.
McGill Steel Works
McMaster-Carr Supply Company
Metalfab Material Handling Systems, LLC
Michaelson Fluid Power Inc.
Microsoft
Miles Data Technologies, LLC
Mill Valley Splicing
Mobile Mini, Inc.
Monitor Technologies LLC
Moody, Famiglietti, & Andronico LLP
Moran Environmental Recovery LLC
Morgan, Lewis & Bockius LLP
Motion Industries Inc.
Mountain View Landscapes & Lawncare, Inc.
MPW Industrial Services, Inc.
NAES Northeast LLC
Nalco Water
Nationwide
NE Maintenance Depot LLC
New England Controls Inc. (d/b/a NECI)
New York Blower c/o Massflow Air
Next Grid Markets, LLC
Northeast Scale Co., Inc.
NRC East Environmental Services Inc.
Occu -Health
LF Powers Co Inc.
Linwood Bubar
Logan Steel Inc.
Lubrication Technologies Inc.
M.A. Selmon Company, Inc.
Occupational Health Centers of the Southwest P.A. Co. (d/b/a Concentra Medical Center)
Omega Engineering Inc.
OMNI Resource Management, Inc.
Oracle America Inc.
Overhead Door Company of Pioneer Valley
Parent Co. (d/b/a/ Occu-Health)
Pearse Bertam, LLC
Phoenix Environmental Laboratories, Inc.
Piping Specialties Inc.
Pittsfield Communications System Inc.
Pittsfield Welding Supply, Inc.
Plattco Corporation
Polsinello Fuels Inc.
Power Gen Associates, Inc.
Power Industry Maintenance LLC
Powerhouse Technology, Inc.
Praxair Distribution Inc.
Prestige Services,Inc.
Primary Recruiting Services
Principal National Life Insurance Company
Process Equipment (d/b/a Process Barron)
Professional Search
PVS Minibulk, Inc.
Q2Earth, Inc.
QPC Cleaning Co.
Radwell International Inc.
Randy R. Camilleri (d/b/a New England Vibration Analysis)
ReEnergy Biomass Operations LLC
Rexel USA Inc., (d/b/a/ Gexpro)
Richard Fish
RK Griffith & Associates, LLC
Rob Suida
Robert Horner, IT Consultant
Robert P. Fowler (d/b/a Hayden Marshall Equipment LLC)

Roger Therrien
Rosemount Inc.
RSM US LLP
Safety-Kleen Systems Inc.
SAK Environmental, LLC
Sanders Industrial Equipment Co. Inc. (d/b/a Sanders Fire and Safety)
Seneca Meadows, Inc.
SGC Advisors, LLC
Sidney F Conklin
Silver Leaf Enterprises, LLC
Skoler, Abbott & Presser, P.C.
SNI Companies
Solid Waste Association of North America
Southern Environmental Services LLC
Spectrum
Springfield Water and Sewer Commission
Stafford Tech, Inc.
Stilwell & Associates of the USA, Inc.
Storage & Transfer Technologies Inc.
STS Operating Inc. (d/b/a The Hope Group)
Sullivan Process Controls, LLC
Summit Crane Company
Sunbelt Rentals, Inc.
TFS Energy Futures LLC
The Babcock & Wilcox Company
The Collins Companies Inc.
The Spencer Turbine Company
Thermo Environmental Instruments LLC
Town of Agawam
Town of East Longmeadow
Town of Granby
Town of Longmeadow
Town of Ludlow
Town of West Springfield
Trask-Decrow Machinery
TRC Environmental Corporation
Trico Corporation
Turnkey Control Solutions, Inc.
Twisted Orchard Screen Printing
Tyler Equipment Corporation
U S Department of Agriculture - APHIS
Uline Inc.
United Rentals (North America), Inc.
United Site Services
UnitedHealthcare Insurance Company
Upton & Hatfield, LLP
USA Waste & Recycling, Inc.
Valley Roll-Off Dumpster Service
Vantage Equipment LLC
Verizon Business Network Services Inc.
Verizon Communications Inc.
Verizon Wireless
VFS US LLC
VFS US LLC
W.W. Grainger, Inc.
Wells Fargo Bank
Western Mass Environmental, LLC
Workcare, Inc.
Xerox Corporation
Ys IT Consulting Ltd.
ZAMPELL REFRACTORIES, INC.
Zoro Tools, Inc.

**Banking Institutions**

Berkshire Bank
First Citizens Bank
Blackrock

**Contract Counterparties**

All Construction Services, Inc.

Allied Waste Services of Massachusetts (d/b/a Allied Waste Services of Pittsfield)
Alterna Capital Solutions
Amwins Brokerage of New England, LLC
Arthur J Gallagher & Co. Insuance Brokers of CA
Arthur J Gallagher Risk Management Services, Inc.
Berkshire Bank
Berkshire Roll Off
Casella Waste Management of Massachusetts (d/b/a Casella Waste Services)
Chubb Insurance
City of Greenfield
City of Pittsfield
City of Springfield
Corvus Insurance Agency, LLC
Covanta Metals Marketing, LLC
Covanta Projects, LLC
Covanta Sustainable Solutions, LLC
Crane & Co., Inc.
Daley & Sons Trucking
David Beavens
David D. Maloy Landscape
Delmolino Rubbish
Direct Energy Business Marketing, LLC
Diversified Energy Specialists, Inc.
EAC Operations, Inc
EDF Trading North America, LLC
Exelon Generation Company, LLC
Federal Bereau of Investigations
Fitchburg Gas & Electric Company
Franklin County Solid Waste Management District
George Apkins & Sons
George Baumann Trucking Inc.
Greenworks - JRM Hauling & Recycling
Helfrich Brothers Boiler Works, Inc.
Illinois Union Insurance Company
ISO New England, Inc.
Joanne Dial
JRM Hauling & Recycling
Kevin Bolin
Linwood Bubar
Markel American Insurance Company
Massachusetts Development Finance Agency
Maxum Casualty Insurance Company
Neenah, Inc.
Overhead Door
Professional Disposal
ReEnergy Biomass Operations, LLC
Richard Fish
Risk Specialsts Companies Insurance Agency, Inc.
Rockwood Ag-Grid Organics, LLC
Roger's Trucking
Scott's Carpet One
SDI, Inc
Small Business Administration
SMM New England Corporation, LLC
Sondrini Enterprises
Springfield Pallet
Town of Agawam, MA
Town of Ashfield
Town of Chesterfield
Town of East Longmeadow
Town of East Longmeadow - Clean Wood
Town of Erving
Town of Goshen
Town of Granby
Town of Huntington
Town of Longmeadow
Town of Ludlow
Town of Middlefield
Town of Plainfield
Town of Shutesbury
Town of West Springfield
Town of Westhampton
Town of Williamsburg
Town of Worthington
Trion Solutions, Inc.
USA Hauling and Recycling, Inc.
Valley Mill Corp.

Waste Management of Massachusetts
Western Massachusetts Electric Company
Westover AFB
Yuri Verbowski

**Insurance Providers**

AFCO Credit Corporation
Amwins Brokerage of New England, LLC
Chubb Insurance
Corvus Insurance Agency, LLC
GuideOne Insurance
Helevetia Swiss Insurance Company
HSB Specialty Insurance Company
Lloyd's of London
Lockton
Markel American Insurance Co.
Maxum Casualty Insurance Co.
MetLife
Metlife Dental
National Union Fire insurance Company of Pittsburgh, PA
Nationwide
Princeton Excess and Surplus Lines Insurance Company
Risk Specialsts Companies Insurance Agency, Inc.
Ryan Turner Specialty
Talbot Premium Financing, LLC
UnitedHealthcare Insurance Company

**Taxing Authorities**

City of Pittsfield (via host fees)
Town of Agawam (via host fees)
Internal Revenue Service
Massachusetts Department of Revenue

**Regulatory**

MA Dept of Environmental Protection
MA Dept of Environmental Protection
United States Environmental Protection Agency

**Employees**

Raymond Ashe
Karen Bannish
Arnaldo Barrett Pereira
Mark Charron
Sidney Conklin
Laurent Cote
Kimberly Crawford
Jack Cruikshank
Michael Culhane
Daniel Dade
Cynthia Dixey
Mariano Dross Gonzalez
John Foley
Daniel Folger
Derek Gallo
Michael Gilbert
Alan Hayford
Darrell Hill
Donald Hilton
Lee Jodoin
Kayla Karowski
Robert Karowski
Kevin Key
Gregory Kobuskaitis

Lawrence Kowalczyk
Michael Kubaska
Adam Lamirande
John Lucas
John Moriarty
Monica Mojica
Eliza Navias-Bell
Kevin O'rourke
Justin Randall
Caren Reed
James Rinaldi
Harry Rivera
Brian Rochelo
Roger Rochelo
Robert Rudolph
Jeffrey Shaw
George Shetterly
Ryan Slayton
David Sweet
Cassandra Swift
Adam Taylor
Paul Tinger
Alexis Vega-Camacho
David Vidal
Charles Walbert
Albert Williams
Glenn Wilson

**Litigation Parties**

Mountain View Landscapes & Lawncare, Inc.
Thomas G. Griffin, Esq.
Roger and Nancy Mattison
Meehan, Boyle, Black & Bogdanow, P.C.

**Utilities**

AT&T Mobility II LLC
City Of Pittsfield - Public Utilities
Columbia Gas of Massachusetts
Comcast Holdings Corporation
Constellation NewEnergy Gas Division, LLC
ENGIE Resources
Eversource Energy Service Company
Eversource Gas Company of Massachusetts
Spectrum
Town of West Springfield
Verizon Business Network Services Inc.
Verizon Communications Inc.
Verizon Wireless

# EXHIBIT 2

## BIOGRAPHIES OF BSSN PROFESSIONALS AND PARAPROFESSIONALS

### D. SAM ANDERSON

Sam Anderson is a co-chair of BSSN's Business Restructuring & Insolvency Practice Group. Sam's practice focuses primarily on representing debtors in Chapter 11 reorganization proceedings. Sam's practice has focused most recently on representing both paper mills and real estate holding companies in chapter 11, including debtors in single asset real estate cases, and representing companies in the hospitality industry and the medical industry through reorganizations and asset sales.

Additionally, Sam has considerable experience working on individual Chapter 11 reorganizations. He has extensive experience representing creditors in Chapter 11 proceedings, including representing landlords as creditors in these proceedings. Sam has a wide range of experience in representing clients in pre-bankruptcy and bankruptcy related matters, including representing clients in valuation disputes, preference litigation, fraudulent transfer litigation, stay relief, assets sales under the Bankruptcy Code, plan confirmation and other matters arising under bankruptcy law. He also has experience representing plaintiffs and defendants in commercial litigation in both state and federal courts. Sam was previously employed at firms in Philadelphia, Pennsylvania and Portland, Maine.

### ADAM R. PRESCOTT

Adam is a shareholder in Bernstein Shur's Business Restructuring and Insolvency Practice Group. Adam's experience includes chapter 11 reorganizations and asset sales and acquisitions, as well as other bankruptcy-related matters, including preference litigation, claim objections, cash collateral and adequate protection disputes, relief from stay litigation, and numerous other areas of bankruptcy law and litigation. As part of his bankruptcy practice, Adam regularly appears in court to represent clients, and he also frequently drafts motions, objections, and other pleadings for clients, including in bankruptcy appeals before the U.S. District Court for the District of Maine and the First Circuit Court of Appeals.

Adam earned his J.D. from the William & Mary School of Law, and his B.S. in Economics from Trinity College in Hartford, Connecticut. While in law school, Adam interned for the Honorable Jon D. Levy at the Maine Supreme Judicial Court. After law school, Adam clerked for the Honorable Rudolph Contreras at the United States District Court for the District of Columbia. Prior to joining Bernstein Shur, Adam worked as a Senior Associate at WilmerHale in

Washington, D.C. In Spring 2019, Adam served as an Adjunct Professor at the University of Maine Law School.

**KYLE D. SMITH**

Kyle D. Smith is a member of Bernstein Shur's Business Restructuring and Insolvency Practice Group. In his practice, Kyle represents a broad array of corporate clients in matters including chapter 11 reorganizations, asset sales and acquisitions and bankruptcy-related litigation.

Kyle earned his J.D. from the University of Michigan Law School, and his B.A. in Government from Connecticut College in New London, Connecticut. While in law school, Kyle served as a judicial intern for the Honorable Allison D. Burroughs of the U.S. District Court for the District of Massachusetts. Prior to joining Bernstein Shur, Kyle worked as an Associate at Kramer Levin in New York, New York. He admitted to practice in Maine and New York, as well as the United States District Court and United States Bankruptcy Court for the District of Maine.

**LETSON DOUGLASS BOOTS**

Letson is an associate in Bernstein Shur, working primarily with the Business Restructuring and Insolvency Practice Group and the Municipal and Governmental Services Practice Group. In her work for the Bankruptcy and Insolvency Practice Group, she assists clients in matters including chapter 11 reorganizations and bankruptcy-related litigation.

Letson earned her J.D. at Vermont Law School, and her B.A. from Colby College. Prior to joining BSSN, Letson served as a law clerk for the Honorable Thomas E. Humphrey at the Maine Supreme Judicial Court.

**ANGELA L. STEWART, CP©**

Angela is a certified paralegal in the Business Restructuring and Insolvency Practice Group. Angela has worked as a paralegal since 1997. She holds a B.A. in Public Management from the University of Maine.

**KARLA M. QUIRK**

Karla Quirk is a paralegal in the Business Restructuring and Insolvency Practice Group. Karla served as a legal assistant at Bernstein Shur before being promoted to paralegal in 2012. She was previously employed at Verrill Dana LLP where she worked as a paralegal.