UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | Case No. 21-30234 |
| Debtors. | (Jointly Administered) |

**ORDER (A) ESTABLISHING BAR DATES FOR FILING PROOFS OF CLAIM; AND (B) APPROVING THE FORM AND MANNER OF NOTICE THEREOF**

Upon the *Motion of Debtors for Entry of an Order: (I) Establishing Certain Bar Dates For Filing Proofs of Claim; (II) Approving the Form and Manner of Notice Thereof; and (III) Granting Related Relief* [Docket No. 189] (the "Motion"),[2] pursuant to Bankruptcy Code §§ 501 and 502; Bankruptcy Rules 2002, 3003(c), and 5005(a); and Local Rule 3002-1; and this Court having reviewed the Motion; and this Court having determined that the relief requested in the Motion is in the best interest of the Debtors, their estates, their creditors, and other parties in interest; and this Court having jurisdiction to consider the Motion and relief requested therein; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Debtors consent to entry of a final order under Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. See 11 U.S.C. § 342(c)(1). The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363. See id. The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358. See id. The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

[2] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to such terms in the Motion.

herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED**, as set forth herein.

**A. The Bar Dates**

2. The General Bar Date. Except as otherwise set forth herein, all Entities holding or wishing to assert a Claim against the Debtors or the Debtors' estates arising or accruing prior to the Petition Date are required to file a separate, completed, and executed Proof of Claim Form on account of any such Claim, on or before **October 29, 2021 at 4:30 p.m.** (Prevailing Eastern Time).

3. The 503(b)(9) Bar Date. Consistent with Local Rule 3002-1, Bankruptcy Rule 9006(a)(1)(C), and the Bankruptcy Notice provided to all creditors, all Entities holding or wishing to assert a Claim against the Debtors or the Debtors' estates pursuant to § 503(b)(9) of the Bankruptcy Code are required to file a separate, completed, and executed Proof of Claim Form on account of any such Claim, within sixty (60) days from the first date set for the § 341 meeting, or **September 27, 2021 at 4:30 p.m.** (Prevailing Eastern Time).

4. The Governmental Bar Date. Consistent with § 502(b)(9) of the Bankruptcy Code, all governmental units, as defined by Bankruptcy Code § 101(27), holding or wishing to assert a Claim against the Debtors or the Debtors' estates are required to file a separate, completed, and executed Proof of Claim Form on account of any such Claim, within one-hundred and eighty (180) days of the Petition Date, or **December 22, 2021 at 4:30 p.m.** (Prevailing Eastern Time).

5. The Amended Schedule Bar Date. If the Debtors amend the Schedules to reduce the undisputed, noncontingent, or liquidated amounts or to change the nature or classification of

2

a Claim reflected therein, and the claimant has not previously filed a proof of claim, then the affected claimant shall have until the later of the General Bar Date or twenty-one (21) days after a claimant is served with notice that the Debtors have amended the Schedules, reducing, deleting, or changing the status of a Claim in the Schedules to file a proof of claim with respect to such Claim.

6. <u>The Rejection Bar Date</u>. Except as otherwise set forth in any order of this Court authorizing the rejection of an executory contract or unexpired lease or setting a different date for any Entity to assert a Claim arising from such rejection, a separate, completed, and executed Proof of Claim Form relating to the Debtors' rejection of such executory contract or unexpired lease must be filed by the latest of: (i) the General Bar Date or (ii) thirty (30) days after a claimant is served with any order authorizing the rejection of such executory contract or unexpired lease.

**B.    The Effect of the Bar Dates**

7. Any claim against a Debtor for which a proof of claim is required, but is not timely filed under the terms of this Order, shall be forever disallowed and barred as a claim against the Debtor, whether for purposes of voting, sharing in any distribution, or in any other way participating as a party in interest in this proceeding, unless otherwise ordered by this Court.

**C.    Procedures for Providing Notice of Bar Dates**

8. The form of the Bar Date Notice attached hereto as **<u>Exhibit 1</u>** is approved.

9. No later than five (5) business days after the entry of the Bar Date Order, the Debtors shall mail the Bar Date Notice Package by first-class U.S. mail, including: (i) the Bar Date Notice attached hereto as **<u>Exhibit 1</u>**; and (ii) Official Bankruptcy Form 410, on the following parties:

(a)    the Office of the United States Trustee for the District of Massachusetts;

3

  (b)  the proposed counsel to the Official Committee of Unsecured Creditors;

  (c)  all known potential creditors and their counsel (if known), including all Entities listed in the Schedules as potentially holding Claims;

  (d)  all parties that have requested notice of the proceedings in the Chapter 11 Cases pursuant to Bankruptcy Rule 2002 as of the date of the Bar Date Order;

  (e)  all parties that have filed proofs of claim in these Chapter 11 Cases as of the date of the Bar Date Order;

  (f)  all Entities who are party to executory contracts and unexpired leases with the Debtors, as identified in the Schedules;

  (g)  all Entities, or their counsel, who are party to litigation with the Debtors;

  (h)  the U.S. Attorney's Office for the District of Massachusetts;

  (i)  the Internal Revenue Service; and

  (j)  all other governmental units for the jurisdictions in which the Debtors maintain or conduct business

10. Provision of notice of the Bar Dates as set forth in this Bar Date Order constitutes adequate and sufficient notice of each of the Bar Dates and is deemed to satisfy all applicable notice requirements.

**D. Procedures for Filing Proofs of Claim**

2. For any Proof of Claim Form to be validly and properly filed, a signed original of a completed Proof of Claim Form, together with accompanying documentation, must be submitted to the Bankruptcy Court, using the Bankruptcy Court's online electronic claim filing portal at http://www.mab.uscourts.gov/mab/claims-e-filing, or by mailing a complete Proof of Claim Form to the Court at:

United States Bankruptcy Court<br>
United States Courthouse<br>
300 State Street<br>
Springfield, MA 01105

11. Each Proof of Claim must specify by name and case number the Debtor against whom the Proof of Claim is being submitted. Any Proof of Claim submitted under Case No. 21-30234 or any Proof of Claim that does not identify a Debtor shall be deemed as being submitted only against CE Power. Any Proof of Claim submitted under Case No. 21-30234 that identifies only CE Springfield or CE Pittsfield, shall be deemed as being submitted only against the respective debtor identified.

12. If an Entity submits a Proof of Claim against more than one Debtor or if an Entity has claims against different Debtors, then the Entity must submit a separate Proof of Claim Form with respect to each Debtor. To the extent a single submitted Proof of Claim Form identifies more than one Debtor, such Proof of Claim Form will be deemed as being submitted only against the first-identified Debtor.

13. Each Proof of Claim must include supporting documentation (or, if such documentation is voluminous, include a summary of such documentation) or an explanation as to why such documentation is not available.

14. To be deemed timely, a Proof of Claim Form must be actually received by the Court no later than the applicable Bar Date.

15. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

16. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

17. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

18. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: 8/16/2021

ELIZABETH D. KATZ
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

## Bar Date Notice

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Community Eco Power, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 21-30234<br><br>(Jointly Administered) |

**NOTICE OF BAR DATES FOR FILING OF PROOFS OF CLAIM,
INCLUDING SECTION 503(b)(9) CLAIMS**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTORS:**

PLEASE TAKE NOTICE THAT on June 25, 2021 (the "Petition Date"), the above-captioned debtors and debtors in possession (the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Court"). The Debtors have continued in possession of their properties pursuant to Bankruptcy Code §§ 1107(a) and 1108.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the order of the Court dated _____, 2021 (the "Bar Date Order") [Docket No. __] (attached hereto as **Exhibit 1**), all creditors (each a "Creditor"), holding or wishing to assert unsecured or secured, priority or nonpriority claims (as defined in Bankruptcy Code § 101(5)) against the Debtors or the Debtors' estates arising or accruing prior to the Petition Date, including claims arising under Bankruptcy Code § 503(b)(9)[2] (each a "Claim"), are required to file a separate, completed, and executed proof of claim ("Proof of Claim") on account of such Claim, together with accompanying documentation, by completing the proof of claim form on Official Bankruptcy Form 410, enclosed herewith as **Exhibit 2** (the "Proof of Claim Form").[3]

**1.     WHEN TO FILE A PROOF OF CLAIM**

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. See 11 U.S.C. § 342(c)(1). The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363. See id. The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358. See id. The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

[2] Under the Bankruptcy Code, a Claim arising under § 503(b)(9) is a Claim for "the value of any goods received by the debtor within 20 days before the date of commencement of a case under this title in which the goods have been sold to the debtor in the ordinary course of such debtor's business."

[3] The Proof of Claim Form may also be obtained by downloading Official Form 410 from the U.S. Courts website at: https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.

The General Bar Date.  Except as otherwise stated herein, all Proof of Claim Forms must be submitted on or before **October 29, 2021 at 4:30 p.m.** (Prevailing Eastern Time) (the "General Bar Date").

The 503(b)(9) Bar Date.  Pursuant to the *Notice of Chapter 11 Bankruptcy Case* [Docket No. 62] and the Bar Date Order, and consistent with Local Rule 3002-1 and Bankruptcy Rule 9006(a)(1)(C), the deadline to file a Proof of Claim Form respecting a Claim entitled to priority pursuant to § 503(b)(9) of the Bankruptcy Code is sixty (60) days from the first date set for the § 341 meeting, or **September 27, 2021 at 4:30 p.m.** (Prevailing Eastern Time) (the "503(b)(9) Bar Date").

The Governmental Bar Date.  Solely with respect to government units as defined by Bankruptcy Code § 101(27), the deadline to file a Proof of Claim Form respecting a Claim of a governmental unit is the date one-hundred and eighty (180) days from the Petition Date, or **December 22, 2021 at 4:30 p.m.** (Prevailing Eastern Time) (the "Governmental Bar Date").

The Amended Schedule Bar Date.  If the Debtors amend their schedules of assets and liabilities, current income and expenditures, and executory contracts and unexpired leases as required by Bankruptcy Code § 521 (collectively, the "Schedules") to reduce the undisputed, noncontingent, or liquidated amounts or to change the nature or classification of a Claim reflected therein, and the claimant has not previously filed a proof of claim, then the affected claimant shall have until the later of (i) the General Bar Date or (ii) twenty-one (21) days after a claimant is served with notice that the Debtors have amended the Schedules, reducing, deleting, or changing the status of a Claim in the Schedules (the "Amended Schedule Bar Date") to file a proof of claim with respect to such Claim.

The Rejection Bar Date.  In the event that a Claim arises with respect to the Debtors' rejection of an executory contract or unexpired lease, the holder of such Claim will be afforded the latest of (i) the General Bar Date or (ii) thirty (30) days after the entry of any order authorizing the rejection of such executory contract or unexpired lease  (the "Rejection Claim Bar Date") to file a Proof of Claim Form respecting such Claim, except as otherwise set forth in any order of the Court.

3. **WHERE TO FILE A PROOF OF CLAIM**

For any Proof of Claim Form to be validly and properly filed, a signed original of the completed Proof of Claim Form, together with accompanying documentation, **must be submitted the Court**, either:

(i) **electronically**, by using the Court's online electronic claim filing portal at:

http://www.mab.uscourts.gov/mab/claims-e-filing; or

(ii) by **mail** at:

United States Bankruptcy Court
United States Courthouse

300 State Street
Springfield, MA 01105

To be deemed timely, a Proof of Claim Form **must be actually received** by the Court no later than the applicable Bar Date.

**4.    WHAT TO FILE**

All Proof of Claim Forms must: (a) be submitted using Official Bankruptcy Form 410; (b) specify the Debtor against which the Proof of Claim is asserted; (c) set forth with specificity the legal and factual basis for the alleged Claim; (d) include supporting documentation (or, if such documentation is voluminous, a summary of such documentation) or an explanation as to why such documentation is not available; and (e) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

Any Proof of Claim Form asserting a Claim entitled to priority under § 503(b)(9) of the Bankruptcy Code must also: (a) include the value of the goods delivered to and received by the Debtors in the twenty (20) days prior to the Petition Date; and (b) attach any documentation identifying the particular invoices for which the Claim is being asserted.

Each Proof of Claim must specify by name the Debtor(s) and case number(s) against whom the Proof of Claim is being submitted. The Debtors in these cases are:

(i) Community Eco Power, LLC (Case No. 21-30234);
(ii) Community Eco Pittsfield, LLC (Case No. 21-30235); and
(iii) Community Eco Springfield, LLC (Case No. 21-30236).

Any Proof of Claim Form submitted under Case No. 21-30234 or any Proof of Claim Form that does not identify a Debtor will be deemed as being submitted only against Community Eco Power, LLC. Any Proof of Claim submitted under Case No. 21-30234 that identifies only Community Eco Springfield, LLC or Community Eco Pittsfield, LLC, will be deemed as being submitted only against the respective debtor identified.

If a party wishes to submit a Proof of Claim against more than one Debtor or if a party has Claims against different Debtors, then the party must submit a separate Proof of Claim Form with respect to each Debtor. To the extent a single submitted Proof of Claim Form identifies more than one Debtor, such Claim will be deemed as being submitted only against the first-identified Debtor.

A Proof of Claim Form is enclosed with this notice and may be used to file your Claim(s). Additional Proof of Claim Forms are available at the U.S. Courts website at:

https://www.uscourts.gov/forms/bankruptcy-forms/proof-claim-0.

**5.    CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE**

Any party who is required to file a Proof of Claim Form but fails to do so on or before the

applicable Bar Date shall not be treated as a creditor with respect to such Claim for purposes of voting and distribution in the Debtors' cases, unless otherwise ordered by the Court.

The Debtors reserve the right to: (i) dispute, or to assert offsets or defenses against, any filed Proof of Claim or any Claim listed or reflected in the Schedules as to the nature, amount, liability, priority, classification, or otherwise, (ii) subsequently designate any scheduled Claim as disputed, contingent, or unliquidated, and (iii) otherwise amend or supplement the Schedules. Nothing contained in this notice shall preclude the Debtors from objecting to any Claim, whether scheduled or filed, on any grounds.

**The fact that you have received this Notice does not mean that you have a Claim against the Debtors. You should consult with your own advisors to determine whether you hold a Claim against the Debtors. Questions concerning this notice may be directed to the Debtors' counsel below.**

Dated:_____

Respectfully,

**BERNSTEIN, SHUR, SAWYER & NELSON, P.A.**

D. Sam Anderson (PHV# 099809ME)
Adam R. Prescott (BBO# 684381)
Kyle D. Smith (PHV# 0066655ME)
100 Middle Street
PO Box 9729
Portland, Maine 04104
Telephone: (207) 774-1200
Facsimile: (207) 774-1127
sanderson@bernsteinshur.com
aprescott@bernsteinshur.com
kdsmith@bernsteinshur.com

*Proposed Counsel to the Debtors and Debtors in Possession*

# Exhibit 1

**Bar Date Order**

**<u>Exhibit 2</u>**
**Proof of Claim Form**