# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Community Eco Power, LLC, *et al.*,[1] | ) Case No. 21-30234 |
| Debtors. | ) (Jointly Administered) |

## THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' WITNESS LIST AND EXHIBIT LIST FOR SEPTEMBER 2, 2021, HEARING

PLEASE TAKE NOTICE that in accordance with the Court's *Proceeding Memorandum and Order* [Docket No. 138], the Official Committee of Unsecured Creditors' (the "Committee") Witness List and Exhibit List for September 2, 2021, evidentiary hearing:

**Witness List:**

1. The Committee reserves the right to call any of the witnesses identified as potential witnesses on the Debtors' Witness List And Exhibit List For September 2, 2021 Hearing (the "Debtors' List").

2. The Committee reserves the right to call any other witness identified or called by another party.

**Exhibit List:**

1. The Committee reserves the right to offer any document identified as a potential exhibit on the Debtors' List or offered or identified by any party as well as any of the Debtors' weekly cash reports, bankruptcy schedules and statements, or other documents filed on the docket

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. *See* 11 U.S.C. § 342(c)(1). The last four digits of Community Eco Power Springfield, LLC's federal taxpayer identification number are 4363. *See id.* The last four digits of Community Eco Power Pittsfield, LLC's federal taxpayer identification number are 8358. *See id.* The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

1

in this case, including the motion filed at Docket Entry 187 and all related exhibits thereto.

Date: August 26, 2021    */s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
DENTONS BINGHAM GREENEBAUM LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

*and*

April Wimberg (*pro hac vice*)
Christopher B. Madden (*pro hac vice*)
Gina Young (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky  40202
(502) 587-3719
april.wimberg@dentons.com
chris.madden@dentons.com
gina.young@dentons.com

Counsel to the Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al.

## **CERTIFICATE OF SERVICE**

     I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document (with exhibits), a related Notice of Hearing and a proposed order to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: July __, 2021    */s/ Andrew C. Helman*
                                          Andrew C. Helman (BBO# 679155)
                                          DENTONS BINGHAM GREENEBAUM LLP
                                          One Beacon Street, Suite 25300
                                          Boston, Massachusetts 02108
                                          (207) 619-0919
                                          andrew.helman@dentons.com