UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **Community Eco Power, *et al.*,**[1] | ) | |
| | ) | **Case No. 21-30234** |
| | ) | |
| Debtor. | ) | **(Jointly Administered)** |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
RESPONSE AND RESERVATION OF RIGHTS REGARDING THE
DEBTORS' MOTION FOR ORDER APPROVING BID PROCEDURES
FOR SALE OF CERTAIN OF COMMUNITY ECO PITTSFIELD, LLC'S ASSETS**

The Official Committee of Unsecured Creditors (the "Committee") of Community Eco Power, LLC, Community Eco Power Springfield, LLC, and Community Eco Power Pittsfield, LLC ("CE Pittsfield," and, collectively with its affiliated debtors, the "Debtors") files this reservation of rights pertaining to the *Motion for Order Approving Bid Procedures for Sale of Certain of Community Eco Pittsfield, LLC's Assets* [Docket No. 401] (the "Bid Procedures Motion"). In reservation of its rights, the Committee respectfully states as follows:

1. On February 25, 2022, the Debtors filed the Bid Procedures Motion along with a motion [Docket No. 400] (the "Sale Motion") to approve a private sale of certain of the assets of CE Pittsfield, subject to higher and better offers. The Bid Procedures Motion is currently scheduled for hearing on March 17, 2022 at 12:00 pm.

---

[1] The last four digits of Community Eco Power, LLC's federal taxpayer identification number are 5513. The last four digits of Community Eco Springfield, LLC's federal taxpayer identification number are 4363. The last four digits of Community Eco Pittsfield, LLC's federal taxpayer identification number are 8358. The principal place of business for the Debtors is 500 Hubbard Avenue, Pittsfield, Massachusetts 01201, and the Debtors' mailing address is P.O. Box 510, Amesbury, Massachusetts 01913.

2.      The Committee fundamentally supports entry of an order approving procedures for submission of competing bids for the purchase of CE Pittsfield's assets, as such relief will maximize the value of the CE Pittsfield estate. Moreover, based on the Committee's review of the Bid Procedures Motion, the proposed Bid Procedures[2] appear fundamentally fair and well-tailored. The Committee notes in particular that the initial and subsequent bidding increments are appropriate and will promote competitive bidding. Further, the Buyer will not receive a break-up fee or expense reimbursement in the event that the Stalking Horse Bid is not the Successful Bid. The estate is effectively benefiting from a market-making bid without concessions often granted in similar scenarios. As a result, any higher and better offers will return more value to the estate than they otherwise would if such costs were imposed.

3.      In addition, the Committee is in productive discussions with the Debtors regarding some minor alterations to the proposed order granting the Bid Procedures Motion that would provide the Committee with consultation rights regarding certain determinations of the Debtors during the bidding and auction process (e.g., the identification of Qualified Bids and the determination of the Successful Bid). The Committee has also requested that the order granting the Bid Procedures Motion establish a deadline for the Debtors to file a copy of the asset purchase agreement with the Successful Bidder such that parties in interest have sufficient time to review such agreement prior to the deadline to object to the Sale Motion.

4.      The Committee expects that it and the Debtors will resolve any issues with minor modifications to the proposed order and bid procedures in advance of the hearing on the Bid Procedures Motion. In the interim, the Committee makes this filing within 14 days of the filing of the Bid Procedures Motion in order to, and hereby does, timely reserve all of its rights with respect

---

[2]      Capitalized terms used herein and not otherwise defined have the meanings given to them in the Bid Procedures Motion.

to the Bid Procedures Motion and a form of order approving bid procedures for the sale of the assets of CE Pittsfield.

Dated: March 11, 2022	Respectfully submitted,

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
DENTONS BINGHAM GREENEBAUM LLP
One Beacon Street, Suite 25300
Boston, Massachusetts  02108
(207) 619-0919
andrew.helman@dentons.com

　　　　and

April Wimberg (*pro hac vice*)
Christopher B. Madden (*pro hac vice*)
Gina Young (*pro hac vice*)
DENTONS BINGHAM GREENEBAUM LLP
3500 PNC Tower, 101 S. Fifth Street
Louisville, Kentucky  40202
(502) 587-3719
april.wimberg@dentons.com
chris.madden@dentons.com
gina.young@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Community Eco Power, LLC, et al.*

**CERTIFICATE OF SERVICE**

    I, Andrew C. Helman, an individual eighteen years of age or older, hereby certify that on the date set forth below, I caused the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service, which served the same on the parties receiving notice via the CM/ECF system.

Date: March 11, 2022

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
DENTONS BINGHAM GREENEBAUM LLP
One Beacon Street, Suite 25300
Boston, Massachusetts 02108
(207) 619-0919
andrew.helman@dentons.com